**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Orland Park Surgical Center, L.L.C., an Illinois limited liability company** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-4418271** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **c/o Parkview Orthopaedic Group** **7600 College Dr.** **Palos Heights, IL 60463** |
| **9550 W. 167th Street** **Orland Park, IL 60467** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

**6.   Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

   _____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☑ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  3, 2015**
MM / DD / YYYY

X  **/s/ Steve Wardell**                                           **Steve Wardell**
Signature of authorized representative of debtor                 Printed name

Title   **Authorized Representative**

**18. Signature of attorney**

X  **/s/ Daniel A. Zazove**                                       Date  **December  3, 2015**
Signature of attorney for debtor                                 MM / DD / YYYY

**Daniel A. Zazove**
Printed name

**Perkins Coie LLP**
Firm name

**131 S Deaborn St, Suite 1700**
**Chicago, IL 60603**
Number, Street, City, State & ZIP Code

Contact phone   **312.324.8605**      Email address   **DZazove@perkinscoie.com**

**ARDC No. 3104117**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................... $     **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................... $     **69,937.08**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................... $     **69,937.08**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **387,828.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................ $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................................ +$     **1,823,769.71**

4.  Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b       $     **2,211,597.71**

**Fill in this information to identify the case:**

Debtor name    **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| **Checking Account (Demand Deposit statement printed 5/6/15)**<br>**Last 4 digits of Acc# : 2001**<br>**Checking Account**<br>**Standard Bank and Trust, 7800 W. 95th St.**<br>3.1.. **Hickory Hills, IL 60457** | **Checking Account (Demand Deposit statement printed 5/6/15)** | 2001 | $69,937.08 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                     $69,937.08
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Orland Park Surgical Center, L.L.C., an Illinois limited liability company** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 11b. Over 90 days old: | **129,220.74** | - | **129,220.74** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$0.00** |
| --- | --- | --- |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** **Medical equipment and fixtures Location: 9550 W. 167th Street, Orland Park IL 60467 See Q.40 Attachment - Net Book Value Surrendered to secured lender pursuant to attached Secured Obligations Satisfaction Agreement** | **$64,813.00** | | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment Location: 9550 W. 167th Street, Orland Park IL 60467 (see Q.40 attached asset detail/equipment list)** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Orland Park Surgical Center, L.L.C., an Illinois limited liability company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **See attached Lease Termination Agreement** | | $0.00 | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor | **Orland Park Surgical Center, L.L.C., an Illinois limited liability company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

Case number *(If known)*

Name

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$69,937.08** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$69,937.08** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$69,937.08** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **M&I Marshall & Isley Bank** | | |
|---|---|---|---|

Creditor's Name

**50 S 6th St, Suite 1000
Minneapolis, MN 55402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment**
**Location: 9550 W. 167th Street, Orland Park IL 60467**

**Describe the lien**
**UCC 013293996 3/18/13 (cont #009231870)**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**
Column B: **Unknown**

| 2.2 | **Smith & Nephew Finance** | | |
|---|---|---|---|

Creditor's Name

**c/o Creekridge Capital LLC
7808 Creekridge Circle, Ste 250
Minneapolis, MN 55439**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Equipment**
**Location: 9550 W. 167th Street, Orland Park IL 60467**

**Describe the lien**
**Financing related to Equipment Use Agreement No. 0170102; UCC #9231799**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$23,828.00**
Column B: **Unknown**

Case number (if know)

| First Name | Middle Name | Last Name |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Standard Bank & Trust Company** | | | |

Creditor's Name

**Attn A. Howaniec, VP Spec Assets**
**7800 W 95th St**
**Hickory Hills, IL 60457**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     $364,000.00     $69,937.08

**Checking Account (Demand Deposit statement printed 5/6/15)**
**Last 4 digits of Acc# : 2001**
**Checking Account**
**Standard Bank and Trust, 7800 W. 95th St.**
**Hickory Hills, IL 60457**

**Describe the lien**
**Loan; UCCs 17194712, 17194720**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $387,828.00

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Konstantinos Amiros**<br>**Arnstein & Lehr**<br>**120 S. Riverside Plz, Ste 1200**<br>**Chicago, IL 60606** | Line **2.3** | |
| **Smith & Nephew Finance-LB#17**<br>**Attn Accts Receivable**<br>**PO Box 1880**<br>**Minneapolis, MN 55480** | Line **2.2** | |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | **Priority creditor's name and mailing address**<br>**Illinois Dept. of Revenue**<br>**BK Unit Level 7-425**<br>**100 Randolph S**<br>**Chicago, IL 60601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** | $ **0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) |  |  |  |

| 2.2 | **Priority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** | $ **0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor 1 _____    Case number (if know) _____
        First Name        Middle Name            Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 3,355.19 |

**Access**
**PO Box 415938**
**Boston, MA 02241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Records Storage

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1320

---

| 3.2 | **Nonpriority creditor's name and mailing address** | | $ 2,938.38 |

**Accountable Healthcare**
**999 Yamoto Rd, Suite 210**
**Boca Raton, FL 33431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3 | **Nonpriority creditor's name and mailing address** | | $ 157,678.29 |

**Advocate Medical Group**
**Attn Officer or Legal Dept.**
**20110 Governors Hwy**
**Olympia Fields, IL 60461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,745.99 |

---

Debtor 1 _____    Case number (if know) _____

    First Name            Middle Name            Last Name

**Airgas**
**259 N. Radnor-Chester Rd**
**Suite 100**
**Radnor, PA 19087-5283**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Medical Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5667**

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,695.51 |

**Anderson & Whitney**
**5801 W 11th St., Suite 300**
**Greeley, CO 80634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Accountant**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 28,985.26 |

**Arthrex**
**1370 Creekside Blvd**
**Naples, FL 34108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Med Devices**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1396**

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 2,432.14 |

**Baxter Healthcare**
**Corporate Office**
**One Baxter Parkway**
**Deerfield, IL 60015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Med Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2814**

---

Debtor 1 _____   Case number (if know) _____

First Name          Middle Name          Last Name

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,380,605.55 |

**Nonpriority creditor's name and mailing address**
**BlueCross BlueShield of Illinois**
**Attn Legal or Claims Dept**
**300 E. Randolph St**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   **Insurance Claims**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ **1,380,605.55**

---

| 3.9 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Canara Associates Inc**
**7326 Ticonderoga Rd**
**Downers Grove, IL 60516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number **5089**

Is the claim subject to offset?
☒ No
☐ Yes

$ **628.45**

---

| 3.1 0 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Cardinal Health Medical Products**
**Corporate Office**
**7000 Cardinal Place**
**Dublin, OH 43017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Med Supplies**

Date or dates debt was incurred _____

Last 4 digits of account number **7475**

Is the claim subject to offset?
☒ No
☐ Yes

$ **17,058.10**

---

| 3.1 1 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Cardinal Health Wholesale**
**Corporate Office**
**7000 Cardinal Place**
**Dublin, OH 43017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Med Supplies**

$ **9,576.47**

---

Debtor 1 _____     Case number (if know) _____

      First Name            Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **4259** | ☐ Yes |

---

| 3.1 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **22.59** |
|---|---|---|---|
| | **Centurion Medical Products** | *Check all that apply.* | |
| | **100 Centurion Way** | ☐ Contingent | |
| | **Williamston, MI 48895** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:**   Med Supplies | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number   **3909** | ☐ Yes | |

---

| 3.1 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **431.11** |
|---|---|---|---|
| | **Chicago Office Technology Group (COTG)** | *Check all that apply.* | |
| | **Headquarters** | ☐ Contingent | |
| | **4 Territorial Court, Suite S** | ☐ Unliquidated | |
| | **Bolingbrook, IL 60440-3558** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.1 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **497.18** |
|---|---|---|---|
| | **Cintas Corporation** | *Check all that apply.* | |
| | **Corporate Headquarters** | ☐ Contingent | |
| | **6800 Cintas Boulevard** | ☐ Unliquidated | |
| | **Mason, OH 45040** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number   **1895** | ☐ Yes | |

---

| 3.1 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $   **7,601.52** |
|---|---|---|---|

Debtor 1 _____   Case number *(if know)* _____
         First Name          Middle Name          Last Name

**Clinical Electronic Services**
**c/o David L. Anders**
**16860 S. Oak Park Ave**
**Tinley Park, IL 60477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:    **Case No. 15M51762, Cook**
                        **County, Municipal Dept, Fifth**
                        **District**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **524.38** |

**Comcast**
**1701 John F Kennedy Boulevard**
**Philadelphia, PA 19103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Communications**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3730**

---

| 3.1 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

**ComputerER**
**3876 S. Magnolia Way**
**Denver, CO 80237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **504.22** |

**CuraScript Inc**
**6272 Lee Vista Blvd**
**Orlando, FL 32822**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

---

Debtor 1   I
　　　　First Name　　　　　　　Middle Name　　　　　　Last Name　　　　　　　Case number *(if know)*

---

Date or dates debt was incurred _____

Last 4 digits of account number　**3958**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.1 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **0.00** |

**Datex Ohmeda Inc**
**c/o GE Healthcare**
**9900 W Innovation Dr**
**Milwaukee, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.2 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **191.07** |

**Dust Catchers Inc**
**8801 S South Chicago Ave**
**Chicago, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number　**1124**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.2 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **13,629.00** |

**Enviro Resources II Inc**
**26W021 Wisconsin Ave**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Med Supplies**

Date or dates debt was incurred _____

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.2 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | **117.00** |

**ExpertPlan**
**c/o Ascensus Inc**
**415 8th Ave NE**
**Brainerd, MN 56401**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1 _____   Case number (if know) _____

First Name          Middle Name          Last Name

Basis for the claim: _____

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number   **4634**   ■ No
☐ Yes

---

| 3.2 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   $ **271.68**
Check all that apply.

**FedEx Corporate Offices**   ☐ Contingent
**Three Galleria Tower**   ☐ Unliquidated
**13155 Noel Road, Suite 1600**   ☐ Disputed
**Dallas, TX 75240**

Basis for the claim: _____

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number   **8692**   ■ No
☐ Yes

---

| 3.2 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   $ **57.56**
Check all that apply.

**Healthcare Waste Management**   ☐ Contingent
**700 E 107th St**   ☐ Unliquidated
**Chicago, IL 60628**   ☐ Disputed

Basis for the claim:   **Waste Removal**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number   **7301**   ■ No
☐ Yes

---

| 3.2 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   $ **2,849.31**
Check all that apply.

**HLS Wheeling LLC**   ☐ Contingent
**45 W Hintz Rd**   ☐ Unliquidated
**Wheeling, IL 60090**   ☐ Disputed

Basis for the claim:   **Laundry Service**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
☐ Yes

---

| 3.2 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   $ **132.39**

---

Debtor 1 _____    Case number (if know) _____

First Name          Middle Name          Last Name

**Holland Printing**
**1007 E 162nd St**
**South Holland, IL 60473**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| | | |
|---|---|---|
| 3.2 7 | **Nonpriority creditor's name and mailing address** | $  1,035.00 |

**HuschBlackwell LLP**
**PO Box 802765**
**Kansas City, MO 64180**
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Legal Services**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.2 8 | **Nonpriority creditor's name and mailing address** | $  0.00 |

**Illinois Dept of Public Health**
**Attn Karen Senger**
**525-535 W. Jefferson St**
**Springfield, IL 62761**
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **For notice purposes**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.2 9 | **Nonpriority creditor's name and mailing address** | $  350.00 |

**Illinois Emergency Management Agency**
**Attn J. England, Staff Attorney**
**2200 S. Dirksen Pkwy**
**Springfield, IL 62703**
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number   **0191**
☐ Yes

---

Debtor 1 _____    Case number *(if know)* _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

---

**3.3 0**

**Nonpriority creditor's name and mailing address**

**Illinois Health Fac.and Svc Review Bd**
**Attn Jeannie Mitchell, Assistant GC**
**69 W. Washington St., Ste 3501**
**Chicago, IL 60602**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**　**Notice of Intent to Impose a Fine,**
**HFSRB #15-06**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

$　**80,000.00**

---

**3.3 1**

**Nonpriority creditor's name and mailing address**

**J&J Healthcare Systems Inc**
**425 Hoes Lane**
**Piscataway, NJ 08854**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Medical Supplies**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

$　**7,163.29**

---

**3.3 2**

**Nonpriority creditor's name and mailing address**

**Karl Storz Endoscopy-America Inc**
**2151 E. Grand Ave.**
**El Segundo, CA 90245**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number　**2409**

**Is the claim subject to offset?**
■ No
☐ Yes

$　**2,543.63**

---

**3.3 3**

**Nonpriority creditor's name and mailing address**

**Liberty Mutual Insurance**
**FCS OP Team**
**PO Box 8017**
**Wausau, WI 54402**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**　**Claim Overpayment**

$　**9,971.84**

---

Debtor 1 _____   Case number (if know) _____
First Name      Middle Name      Last Name

Date or dates debt was incurred _____

Last 4 digits of account number **2268**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **0.00** |

**LifeNet Health**
**1864 Concert Dr**
**Virginia Beach, VA 23453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 5 | Nonpriority creditor's name and mailing address | | $ **1,260.00** |

**Lincoln National Life Insurance**
**150 N. Rad Chester Rd., Ste. A**
**Radnor, PA 19087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 6 | Nonpriority creditor's name and mailing address | | $ **205.00** |

**McGuire Woods**
**PO Box 641936**
**Pittsburgh, PA 15264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Public Affairs**

Date or dates debt was incurred _____

Last 4 digits of account number **0002**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.3 7 | Nonpriority creditor's name and mailing address | | $ **2,372.98** |

**McKesson Medical Surgical**
**One Post St**
**San Francisco, CA 94104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1 _____    Case number *(if know)* _____

First Name        Middle Name        Last Name

| | |
|---|---|
| | **Basis for the claim:** Medical Devices |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number **4780** | ☐ Yes |

---

| 3.3 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **209.79** |
|---|---|---|---|
| | **Medical Arts Press** | ☐ Contingent | |
| | **c/o Quill** | ☐ Unliquidated | |
| | **100 Schelter Rd** | ☐ Disputed | |
| | **Lincolnshire, IL 60069** | | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number **2706** | ☐ Yes | |

---

| 3.3 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **1,216.08** |
|---|---|---|---|
| | **Medline Industries Inc** | ☐ Contingent | |
| | **One Medline Place** | ☐ Unliquidated | |
| | **Mundelein, IL 60060** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number **8580** | ☐ Yes | |

---

| 3.4 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **199.16** |
|---|---|---|---|
| | **Merchant Services** | ☐ Contingent | |
| | **8741 Landmark Road** | ☐ Unliquidated | |
| | **Richmond, VA 23228** | ☐ Disputed | |
| | | **Basis for the claim:** Credit Card Payments | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number **9885** | ☐ Yes | |

---

| 3.4 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **693.35** |
|---|---|---|---|

---

Debtor 1 _____   Case number (if know) _____

First Name          Middle Name          Last Name

**Microaire**
**3590 Grand Forks Blvd**
**Charlottesville, VA 22911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number   **2010**

☐ Yes

---

| 3.4 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,875.69** |

**Modern Leap Inc**
**c/o Experian**
**PO Box 886133**
**Los Angeles, CA 90088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number   **1063**

☐ Yes

---

| 3.4 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **223.00** |

**Natural Settings Inc**
**95 N Marion Ct., Unit 233**
**Punta Gorda, FL 33950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Plant Service**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number   **9489**

☐ Yes

---

| 3.4 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **120.00** |

**Nebo Systems Inc**
**1 S 450 Summit Ave, Suite 270**
**Oakbrook Terrace, IL 60181**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number   **7074**

☐ Yes

---

Debtor 1 _____    Case number (if know) _____

First Name          Middle Name          Last Name

---

| 3.4 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**New Pig Corporation**
**One Pork Avenue**
**Tipton, PA 16684**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ __604.72__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number __4762__

☐ Yes

---

| 3.4 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Nuance Communications Inc**
**1 Wayside Rd**
**Burlington, MA 01803**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ __1,350.58__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number __8374__

☐ Yes

---

| 3.4 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**OEC Medical Systems**
**c/o GE Healthcare**
**9900 W Innovation Dr**
**Milwaukee, WI 53226**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ __0.00__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Office Depot**
**6600 N Military Trail**
**Boca Raton, FL 33496**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Office Supplies__

$ __1,796.28__

---

Debtor 1    I

First Name          Middle Name          Last Name

Case number (if know) _____

---

Date or dates debt was incurred _____

Last 4 digits of account number **4113**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.4 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **315.41** |

**Ohio Medical Corporation**
**6690 Eagle Way**
**Chicago, IL 60678**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number **4117**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,918.34** |

**Paragon Service**
**204 West Bennett St**
**Saline, MI 48176**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Device Maintenance**

Date or dates debt was incurred _____

Last 4 digits of account number **1234**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **43,377.20** |

**Pinnacle III LLC**
**1658 Cole Blvd, Suite 100**
**Lakewood, CO 80401**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Management Fees**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.5 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **91.69** |

**Pitney Bowes**
**251 Holbrook Dr**
**Wheeling, IL 60090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1 _____    Case number *(if know)* _____
First Name         Middle Name         Last Name

| | |
|---|---|
| | Basis for the claim:  **Postal Meter** |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number  **3867** | ☐ Yes |

---

| | | |
|---|---|---|
| 3.5 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:   $  **0.00** |
| | **Precision Dynamics Corporation** | *Check all that apply.* |
| | **27770 N. Entertainment Dr., Suite 200** | ☐ Contingent |
| | **Valencia, CA 91355** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | Basis for the claim: |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

---

| | | |
|---|---|---|
| 3.5 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:   $  **0.00** |
| | **Principle Valuation LLC** | *Check all that apply.* |
| | **230 W. Monroe, Suite 2540** | ☐ Contingent |
| | **Chicago, IL 60606** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | Basis for the claim: |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

---

| | | |
|---|---|---|
| 3.5 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:   $  **416.10** |
| | **Richard's Medical Equipment Inc.** | *Check all that apply.* |
| | **1130-B Larkin Dr.** | ☐ Contingent |
| | **Wheeling, IL 60090** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | Basis for the claim:  **Medical Devices** |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | | ■ No |
| | Last 4 digits of account number  **9543** | ☐ Yes |

---

| | | |
|---|---|---|
| 3.5 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:   $  **817.48** |

---

Debtor 1 _____    Case number (if know) _____

    First Name        Middle Name        Last Name

---

**Savings Squared Medical**
**695 5th St., #12**
**San Francisco, CA 94107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **3505**

☐ Yes

---

| 3.5 7 | **Nonpriority creditor's name and mailing address**<br>**SourceMark LLC**<br>**100 Winners Circle, Suite 250**<br>**Brentwood, TN 37027** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **182.70**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **4808**

☐ Yes

---

| 3.5 8 | **Nonpriority creditor's name and mailing address**<br>**SourceMedical**<br>**100 Grandview Place, Suite 400**<br>**Birmingham, AL 35243** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,118.27**

**Basis for the claim:**   **Therapy Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **2470**

☐ Yes

---

| 3.5 9 | **Nonpriority creditor's name and mailing address**<br>**Steris Corporation**<br>**5960 Heisley Road**<br>**Mentor, OH 44060** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,264.23**

**Basis for the claim:**   **Medical Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **6498**

☐ Yes

---

Debtor 1 _____    Case number (if know) _____
           First Name        Middle Name        Last Name

---

| 3.6 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,833.34 |

**Steven Wardell MD**
**Parkview Musculoskeletal**
**7600 College Dr**
**Palos Heights, IL 60463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6 1 |

**Stryker Instruments**
**PO Box 70119**
**Chicago, IL 60673**

$ 4,458.93

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Medical Devices**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **2512**

---

| 3.6 2 |

Nonpriority creditor's name and mailing address

**Terry Arient Executor for Kathy Arient**
**c/o Robert Napleton**
**Motherway & Napleton, LLP**
**140 S. Dearborn St, Ste 1500**
**Chicago, IL 60603**

$ 0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **For Notice Purposes**
**Lawsuit 12 L 14249, Cook**
**County, Law Division**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6 3 |

Nonpriority creditor's name and mailing address

**Therm Flo, Inc.**
**100 Grandview Pl, Suite 400**
**Birmingham, AL 35243**

$ 709.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **PM Inspections**

---

Debtor 1 _____   Case number (if know) _____
    First Name        Middle Name        Last Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number **nd00** | ☐ Yes |

---

| 3.6 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **518.46** |
|---|---|---|---|
| | **Warehouse Direct** | *Check all that apply.* | |
| | **2001 S. Mount Prospect Rd.** | ☐ Contingent | |
| | **Des Plaines, IL 60018** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:** _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number **700S** | ☐ Yes |

---

| 3.6 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **3,029.83** |
|---|---|---|---|
| | **Wells Fargo Financial Leasing, Inc.** | *Check all that apply.* | |
| | **800 Walnut Street** | ☐ Contingent | |
| | **MAC F4031-040** | ☐ Unliquidated | |
| | **Des Moines, IA 50309** | ☐ Disputed | |

**Basis for the claim:** **Xerox Copiers**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number **2206** | ☐ Yes |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Access** **Attn Lynda Geith** **6902 Patterson Pass Rd, Suite G** **Livermore, CA 94550** | Line **3.1** ☐ Not listed. Explain _____ | |
| 4.2 | **Accountable Healthcare** **Attn Accounts Receivable** **PO Box 650539** **Dallas, TX 75265-0539** | Line **3.2** ☐ Not listed. Explain _____ | |

Debtor 1  **Steve Wardell**

First Name          Middle Name          Last Name          Case number (if know)

| | | |
|---|---|---|
| 4.3 | **Airgas**<br>**5235 9th Ave**<br>**La Grange, IL 60525** | Line **3.4**<br>☐  Not listed. Explain |
| 4.4 | **Arthrex**<br>**Attn Accounts Receivable**<br>**PO Box 403511**<br>**Atlanta, GA 30384-3511** | Line **3.6**<br>☐  Not listed. Explain |
| 4.5 | **Baxter Healthcare**<br>**Attn Accts Receivable**<br>**PO Box 70564**<br>**Chicago, IL 60673** | Line **3.7**<br>☐  Not listed. Explain |
| 4.6 | **Cardinal Health Medical Products**<br>**Attn Accts Receivable**<br>**PO Box 70539**<br>**Chicago, IL 60673** | Line **3.10**<br>☐  Not listed. Explain |
| 4.7 | **Centurion Medical Products**<br>**Attn Accts Receivable**<br>**PO Box 842816**<br>**Boston, MA 02284-2816** | Line **3.12**<br>☐  Not listed. Explain |
| 4.8 | **Chicago Office Technology Group**<br>**Attn Astria Vasquez**<br>**3 Territorial Court**<br>**Bolingbrook, IL 60440** | Line **3.65**<br>☐  Not listed. Explain |
| 4.9 | **Cintas Corp**<br>**Attn Accts Receivable**<br>**PO Box 740855**<br>**Cincinnati, OH 45274-0855** | Line **3.14**<br>☐  Not listed. Explain |
| 4.10 | **Clinical Electronic Services**<br>**14408 Edison Dr**<br>**New Lenox, IL 60451** | Line **3.15**<br>☐  Not listed. Explain |
| 4.11 | **Comcast Cable**<br>**Attn Accts Receivable**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** | Line **3.16**<br>☐  Not listed. Explain |
| 4.12 | **CuraScript Specialty Distribution**<br>**Attn Accts Receivable**<br>**PO Box 533307**<br>**Charlotte, NC 28290** | Line **3.18**<br>☐  Not listed. Explain |
| 4.13 | **Datex Ohmeda Inc**<br>**Attn Accts Receivable**<br>**PO Box 641936**<br>**Pittsburgh, PA 15264** | Line **3.19**<br>☐  Not listed. Explain |
| 4.14 | **Enviro Resources II Inc.**<br>**1007 E 162nd St**<br>**South Holland, IL 60473** | Line **3.21**<br>☐  Not listed. Explain |

Debtor 1 _____   Case number *(if know)* _____

First Name          Middle Name          Last Name

| | | |
|---|---|---|
| 4.1 5 | **ExpertPlan Inc**<br>**Attn Accts Receivable**<br>**PO Box 28450**<br>**New York, NY 10087** | Line **3.22**<br>☐ Not listed. Explain |
| 4.1 6 | **FedEx**<br>**Attn Accts Receivable**<br>**901 E. Carry Street**<br>**Richmond, VA 23219** | Line **3.23**<br>☐ Not listed. Explain |
| 4.1 7 | **Healthcare Waste Management**<br>**Attn Accts Receivable**<br>**PO Box 1218**<br>**Frankfort, IL 60423** | Line **3.24**<br>☐ Not listed. Explain |
| 4.1 8 | **HLS-Wheeling LLC**<br>**95 N Marion Ct., Unit 233**<br>**Punta Gorda, FL 33950** | Line **3.25**<br>☐ Not listed. Explain |
| 4.1 9 | **LifeNet Health**<br>**Attn Accts Receivable**<br>**PO Box 79636**<br>**Baltimore, MD 21279-0636** | Line **3.34**<br>☐ Not listed. Explain |
| 4.2 0 | **Lincoln National Life Insurance**<br>**Attn Accts Receivable**<br>**PO Box 0821**<br>**Carol Stream, IL 60132-0821** | Line **3.35**<br>☐ Not listed. Explain |
| 4.2 1 | **McKesson Medical Surgical**<br>**Attn Accts Receivable**<br>**PO Box 933027**<br>**Atlanta, GA 31193-3027** | Line **3.37**<br>☐ Not listed. Explain |
| 4.2 2 | **Medical Arts Press**<br>**Attn Accts Receivable**<br>**PO Box 37647**<br>**Philadelphia, PA 19101-0647** | Line **3.38**<br>☐ Not listed. Explain |
| 4.2 3 | **Microaire**<br>**Attn Accts Receivable**<br>**PO Box 96565**<br>**Chicago, IL 60693** | Line **3.41**<br>☐ Not listed. Explain |
| 4.2 4 | **Modern Leap Inc**<br>**3207 Lightning Court**<br>**New Lenox, IL 60451** | Line **3.42**<br>☐ Not listed. Explain |
| 4.2 5 | **Nebo Systems Inc**<br>**Attn Accts Receivable**<br>**PO Box 886133**<br>**Los Angeles, CA 90088** | Line **3.44**<br>☐ Not listed. Explain |

Debtor 1 _____   Case number (if know) _____
    First Name        Middle Name        Last Name

| 4.2 6 | **Nuance Communications Inc**<br>**Attn Accts Receivable**<br>**1130-B Larkin Dr**<br>**Wheeling, IL 60090** | Line **3.46**<br>☐ Not listed. Explain |
|---|---|---|
| 4.2 7 | **Office Depot**<br>**Attn Accts Receivable**<br>**PO Box 88040**<br>**Chicago, IL 60680** | Line **3.48**<br>☐ Not listed. Explain |
| 4.2 8 | **Paragon Service**<br>**2151 E Grand Ave**<br>**El Segundo, CA 90245** | Line **3.50**<br>☐ Not listed. Explain |
| 4.2 9 | **Pinnacle III, LLC**<br>**4100 E Milham Avenue**<br>**Kalamazoo, MI 49002** | Line **3.51**<br>☐ Not listed. Explain |
| 4.3 0 | **Pitney Bowes Financial Services LLC**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250-7874** | Line **3.52**<br>☐ Not listed. Explain |
| 4.3 1 | **Precision Dynamics Corporation**<br>**Attn Accts Receivable**<br>**PO Box 71549**<br>**Chicago, IL 60694** | Line **3.53**<br>☐ Not listed. Explain |
| 4.3 2 | **Richard's Medical Equipment Inc**<br>**Attn Accts Payable**<br>**800 Walnut Street**<br>**Des Moines, IA 50309-3605** | Line **3.55**<br>☐ Not listed. Explain |
| 4.3 3 | **SourceMedical**<br>**Attn Accts Receivable**<br>**1658 Cole Blvd, Ste 100**<br>**Lakewood, CO 80401** | Line **3.58**<br>☐ Not listed. Explain |
| 4.3 4 | **Stryker Instruments**<br>**2825 Airview Blvd**<br>**Kalamazoo, MI 49002** | Line **3.61**<br>☐ Not listed. Explain |
| 4.3 5 | **Wells Fargo Leasing**<br>**5960 Heisley Road**<br>**Mentor, OH 44060** | Line **3.65**<br>☐ Not listed. Explain |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,823,769.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,823,769.71 |

**Fill in this information to identify the case:**

Debtor name **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated October 1, 2001, amended January 31, 2012, between Debtor and Midwest Physician Group Ltd. for premises at 9550 W. 167th Street, Orland Park, IL. Terminated per Lease Termination Agreement attached.** | |
| | State the term remaining | | **Midwest Physician Group, Ltd. Attn Chief Executive Officer 20110 Governors Highway Olympia Fields, IL 60461** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Supplies related to Equipment Use Agreement No. 0170102; UCC #9231799** | |
| | State the term remaining | | **Smith & Nephew Finance c/o Creekridge Capital LLC 7808 Creekridge Circle, Ste 250 Minneapolis, MN 55439** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement #001-0112206-001/002 for 48 month Equipment Lease for Xerox W5330PT, Ref AE9204895, A99204936, supplied by Chicago Office Technology Group, 4 Territorial Ct., Bolingbrook, IL 60440; lease signed 5/29/12** | |
| | State the term remaining | | **Wells Fargo Financial Leasing, Inc. 800 Walnut Street MAC F4031-040 Des Moines, IA 50309** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Orland Park Surgical Center, L.L.C., an Illinois limited liability company** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | |

Attachment to Form 206A/B Q 40

15090000  Orland Park Surgical Center LLC

01/27/2015  1:39 PM

## Book Asset Detail    1/01/14 - 12/31/14

36-4418271
FYE: 12/31/2014

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Group: Building Improvement**

| 201 | | ASC-Share Bld Improvement- 91% | 3/18/02 | 364,000.00 | 0.00 | | 0.00 | 364,000.00 | 0.00 | 364,000.00 | 0.00 | S/L | 5.00 |
| 202 | | External Sign- 50% Deposit | 4/23/02 | 5,700.00 | 0.00 | | 0.00 | 5,700.00 | 0.00 | 5,700.00 | 0.00 | S/L | 5.00 |
| 203 | | ASC-Share Bld Improvement- 9% | 6/25/02 | 36,000.00 | 0.00 | | 0.00 | 36,000.00 | 0.00 | 36,000.00 | 0.00 | S/L | 5.00 |
| 204 | | External Sign-50% Balance Due | 7/03/02 | 5,899.00 | 0.00 | | 0.00 | 5,899.00 | 0.00 | 5,899.00 | 0.00 | S/L | 5.00 |
| 205 | | External Sign- Medical Campus | 8/07/02 | 7,075.34 | 0.00 | | 0.00 | 7,075.34 | 0.00 | 7,075.34 | 0.00 | S/L | 5.00 |
| 206 | | Shared Bld Improvement 22% | 1/10/07 | 87,230.00 | 0.00 | | 0.00 | 54,518.71 | 8,723.00 | 63,241.71 | 23,988.29 | S/L | 10.00 |
| 207 | | Medical Gas and Vacuum Lines | 2/14/07 | 6,163.49 | 0.00 | | 0.00 | 3,852.18 | 616.35 | 4,468.53 | 1,694.96 | S/L | 10.00 |
| 208 | | Medial Gas and Vacuum Lines Control | 2/21/07 | 967.26 | 0.00 | | 0.00 | 604.55 | 96.73 | 701.28 | 265.98 | S/L | 10.00 |
| 209 | | Alarm Panel for Gas System | 2/28/07 | 1,594.05 | 0.00 | | 0.00 | 996.29 | 159.41 | 1,155.70 | 438.35 | S/L | 10.00 |
| 210 | | Shared Bld Improvement 23% | 2/28/07 | 91,195.00 | 0.00 | | 0.00 | 56,996.88 | 9,119.50 | 66,116.38 | 25,078.62 | S/L | 10.00 |
| 211 | | Medial Gas and Vacuum Lines | 3/14/07 | 826.02 | 0.00 | | 0.00 | 516.26 | 82.60 | 598.86 | 227.16 | S/L | 10.00 |
| 212 | | 2- Or Lights, Harmony LC Non-Camera | 3/14/07 | 35,518.04 | 0.00 | | 0.00 | 22,198.77 | 3,551.80 | 25,750.57 | 9,767.47 | S/L | 10.00 |
| 213 | | Medical Gas Vacuum Lines | 4/04/07 | 14,514.04 | 0.00 | | 0.00 | 9,071.27 | 1,451.40 | 10,522.67 | 3,991.37 | S/L | 10.00 |
| 214 | | Rauland Responder 4000 Nurse Call System | 4/11/07 | 16,132.00 | 0.00 | | 0.00 | 10,082.50 | 1,613.20 | 11,695.70 | 4,436.30 | S/L | 10.00 |
| 215 | | Reinstall OPSC Sign Letters | 5/08/07 | 2,250.00 | 0.00 | | 0.00 | 1,406.25 | 225.00 | 1,631.25 | 618.75 | S/L | 10.00 |
| 216 | | Shared Bld Impovement 27% | 5/09/07 | 107,055.00 | 0.00 | | 0.00 | 66,909.38 | 10,705.50 | 77,614.88 | 29,440.12 | S/L | 10.00 |
| 217 | | Medical Gas Vacuum Lines | 5/16/07 | 847.85 | 0.00 | | 0.00 | 529.92 | 84.79 | 614.71 | 233.14 | S/L | 10.00 |
| 218 | | Reinstall OPSC Sign Letters | 6/13/07 | 4,650.00 | 0.00 | | 0.00 | 2,906.25 | 465.00 | 3,371.25 | 1,278.75 | S/L | 10.00 |
| 219 | | Gas and Vacuum Lines | 6/13/07 | 699.36 | 0.00 | | 0.00 | 437.11 | 69.94 | 507.05 | 192.31 | S/L | 10.00 |
| 220 | | Rauland Responder 4000 Nurse Call System | 6/13/07 | 16,132.00 | 0.00 | | 0.00 | 10,082.50 | 1,613.20 | 11,695.70 | 4,436.30 | S/L | 10.00 |
| 221 | | Gas and Vacuum Lines | 6/27/07 | 1,526.00 | 0.00 | | 0.00 | 953.75 | 152.60 | 1,106.35 | 419.65 | S/L | 10.00 |
| 222 | | Share Bld Improvement | 6/27/07 | 63,440.00 | 0.00 | | 0.00 | 39,650.00 | 6,344.00 | 45,994.00 | 17,446.00 | S/L | 10.00 |
| 223 | | Shelving for Storage Room | 7/18/07 | 5,791.31 | 0.00 | | 0.00 | 3,619.57 | 579.13 | 4,198.70 | 1,592.61 | S/L | 10.00 |
| 224 | | 2-Installed Harmony LC or Lights | 7/18/07 | 3,780.00 | 0.00 | | 0.00 | 2,362.50 | 378.00 | 2,740.50 | 1,039.50 | S/L | 10.00 |
| 225 | | Share Bld Improvement 6% | 8/08/07 | 23,790.00 | 0.00 | | 0.00 | 14,868.75 | 2,379.00 | 17,247.75 | 6,542.25 | S/L | 10.00 |
| 226 | | Shelving for New Front Office | 8/22/07 | 1,519.88 | 0.00 | | 0.00 | 949.93 | 151.99 | 1,101.92 | 417.96 | S/L | 10.00 |
| 227 | | 2-Responder 4000 Nurse Call | 8/29/07 | 2,436.00 | 0.00 | | 0.00 | 1,522.50 | 243.60 | 1,766.10 | 669.90 | S/L | 10.00 |
| 228 | | Bradford Systems | 10/03/07 | 2,065.38 | 0.00 | | 0.00 | 1,290.87 | 206.54 | 1,497.41 | 567.97 | S/L | 10.00 |
| 229 | | Share Bld Improvement 6% | 10/04/07 | 23,790.00 | 0.00 | | 0.00 | 14,868.75 | 2,379.00 | 17,247.75 | 6,542.25 | S/L | 10.00 |
| 230 | | Metro Wire Shelving | 10/17/07 | 4,131.38 | 0.00 | | 0.00 | 2,582.12 | 413.14 | 2,995.26 | 1,136.12 | S/L | 10.00 |
| 231 | | Gas Shut Off Value (moved per IDPH) | 1/28/09 | 3,085.00 | 0.00 | | 0.00 | 1,896.00 | 385.63 | 2,281.63 | 803.37 | S/L | 8.00 |
| 232 | | Electric Generator Power Switch (per IDHP) | 1/28/09 | 1,712.08 | 0.00 | | 0.00 | 1,052.22 | 214.01 | 1,266.23 | 445.85 | S/L | 8.00 |
| 233 | | Perfection Bld Services | 8/31/09 | 3,487.50 | 0.00 | | 0.00 | 1,852.74 | 435.94 | 2,288.68 | 1,198.82 | S/L | 8.00 |
| 234 | | Printing & Paneling Final Pmt | 10/01/09 | 3,487.50 | 0.00 | | 0.00 | 1,852.74 | 435.94 | 2,288.68 | 1,198.82 | S/L | 8.00 |
| | | **Building Improvement** | | 948,490.48 | 0.00 | c | 0.00 | 749,105.60 | 53,275.94 | 802,381.54 | 146,108.94 | | |

| Asset d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: Equipment** | | | | | | | | | | | | |
| 1 | Sabre 2400 led esu/cart/footswitch | 12/27/01 | 16,918.45 | 0.00 | | 0.00 | 16,918.45 | 0.00 | 16,918.45 | 0.00 | S/L | 7.00 |
| 2 | Overbed Tables | 12/27/01 | 1,216.93 | 0.00 | | 0.00 | 1,216.93 | 0.00 | 1,216.93 | 0.00 | S/L | 7.00 |
| 3 | 3-SQ 40 Light 2-36" Arms, Renaissan | 1/15/02 | 62,856.44 | 0.00 | | 0.00 | 62,856.44 | 0.00 | 62,856.44 | 0.00 | S/L | 7.00 |
| 4 | Renaissan PreVac/ Steris System 1 | 1/15/02 | 50,635.23 | 0.00 | | 0.00 | 50,635.23 | 0.00 | 50,635.23 | 0.00 | S/L | 7.00 |
| 5 | REL 430 Washer DD EL: Cart, Manifold Rack, | 1/15/02 | 34,455.26 | 0.00 | | 0.00 | 34,455.26 | 0.00 | 34,455.26 | 0.00 | S/L | 7.00 |
| 6 | Biological Indicator | 1/15/02 | 106.67 | 0.00 | | 0.00 | 106.67 | 0.00 | 106.67 | 0.00 | S/L | 7.00 |
| 7 | 24" Digital Warm Cabinet | 1/15/02 | 5,882.03 | 0.00 | | 0.00 | 5,882.03 | 0.00 | 5,882.03 | 0.00 | S/L | 7.00 |
| 8 | Arthroscopic Leg Holder | 1/15/02 | 3,175.30 | 0.00 | | 0.00 | 3,175.30 | 0.00 | 3,175.30 | 0.00 | S/L | 7.00 |
| 9 | Passport 2, NR, GasModule, Passport 2LT | 1/15/02 | 74,599.47 | 0.00 | | 0.00 | 74,599.47 | 0.00 | 74,599.47 | 0.00 | S/L | 7.00 |
| 10 | Passport 2LT, NR MC | 1/15/02 | 6,721.64 | 0.00 | | 0.00 | 6,721.64 | 0.00 | 6,721.64 | 0.00 | S/L | 7.00 |
| 11 | 10- Flow Meter Regulator | 1/17/02 | 3,244.85 | 0.00 | | 0.00 | 3,244.85 | 0.00 | 3,244.85 | 0.00 | S/L | 7.00 |
| 12 | Red Emerg Cart; 3- Cart Work Stations | 1/17/02 | 2,592.78 | 0.00 | | 0.00 | 2,592.78 | 0.00 | 2,592.78 | 0.00 | S/L | 7.00 |
| 13 | GP System 20/SN; Stand, Foot-Swtich | 1/22/02 | 1,888.40 | 0.00 | | 0.00 | 1,888.40 | 0.00 | 1,888.40 | 0.00 | S/L | 7.00 |
| 14 | 3-Kick Bucket | 1/22/02 | 272.42 | 0.00 | | 0.00 | 272.42 | 0.00 | 272.42 | 0.00 | S/L | 7.00 |
| 15 | 3-Tables/Foot Stand/ Basin | 1/22/02 | 2,289.51 | 0.00 | | 0.00 | 2,289.51 | 0.00 | 2,289.51 | 0.00 | S/L | 7.00 |
| 16 | 33-Nitrogen Gas Cylinders | 1/31/02 | 551.60 | 0.00 | | 0.00 | 551.60 | 0.00 | 551.60 | 0.00 | S/L | 7.00 |
| 17 | Wheelchair Adult Tracer | 1/31/02 | 249.89 | 0.00 | | 0.00 | 249.89 | 0.00 | 249.89 | 0.00 | S/L | 7.00 |
| 18 | 3-FootStools; 3 Poles; 8 Hampers; Scale, Char | 1/31/02 | 2,416.01 | 0.00 | | 0.00 | 2,416.01 | 0.00 | 2,416.01 | 0.00 | S/L | 7.00 |
| 19 | Air Tourniquet System, 14 Cuffs, Cart | 2/12/02 | 11,912.74 | 0.00 | | 0.00 | 11,912.74 | 0.00 | 11,912.74 | 0.00 | S/L | 7.00 |
| 20 | 8 Nitrous Oxide Compressed | 2/12/02 | 661.50 | 0.00 | | 0.00 | 661.50 | 0.00 | 661.50 | 0.00 | S/L | 7.00 |
| 21 | 3-Tables 24x60 SG-95-SS | 2/19/02 | 1,206.99 | 0.00 | | 0.00 | 1,206.99 | 0.00 | 1,206.99 | 0.00 | S/L | 7.00 |
| 22 | Cast Cutter, Vacuum & Stand | 2/19/02 | 2,104.34 | 0.00 | | 0.00 | 2,104.34 | 0.00 | 2,104.34 | 0.00 | S/L | 7.00 |
| 23 | 3-TS404 RadioG Viewboxes & Rewiring | 3/04/02 | 3,051.09 | 0.00 | | 0.00 | 3,051.09 | 0.00 | 3,051.09 | 0.00 | S/L | 7.00 |
| 24 | Defibrillator, Lifepak 9p w/ Adaptor | 3/04/02 | 7,951.28 | 0.00 | | 0.00 | 7,951.28 | 0.00 | 7,951.28 | 0.00 | S/L | 7.00 |
| 25 | Bell Style Payphone | 3/12/02 | 580.26 | 0.00 | | 0.00 | 580.26 | 0.00 | 580.26 | 0.00 | S/L | 7.00 |
| 26 | Refrigerator | 3/12/02 | 432.92 | 0.00 | | 0.00 | 432.92 | 0.00 | 432.92 | 0.00 | S/L | 7.00 |
| 27 | Horizon Airglide Rail/Kneeflex | 3/19/02 | 18,359.93 | 0.00 | | 0.00 | 18,359.93 | 0.00 | 18,359.93 | 0.00 | S/L | 7.00 |
| 28 | Storage/Delivery Equip | 3/19/02 | 4,912.05 | 0.00 | | 0.00 | 4,912.05 | 0.00 | 4,912.05 | 0.00 | S/L | 7.00 |
| 29 | 8-Shelfs | 3/21/02 | 616.16 | 0.00 | | 0.00 | 616.16 | 0.00 | 616.16 | 0.00 | S/L | 7.00 |
| 30 | 2-Renaissance Sterlizers, 3-Lightheads, Washe | 3/27/02 | 11,101.80 | 0.00 | | 0.00 | 11,101.80 | 0.00 | 11,101.80 | 0.00 | S/L | 7.00 |
| 31 | Used Anesthesia-Machine-Modulus II | 4/05/02 | 31,875.00 | 0.00 | | 0.00 | 31,875.00 | 0.00 | 31,875.00 | 0.00 | S/L | 7.00 |
| 32 | Toshiba 2060 Copier & Oki 5650 Fax | 4/05/02 | 3,702.37 | 0.00 | | 0.00 | 3,702.37 | 0.00 | 3,702.37 | 0.00 | S/L | 7.00 |
| 33 | 7-15" Proview Monitors, CDW Computer | 4/11/02 | 796.70 | 0.00 | | 0.00 | 796.70 | 0.00 | 796.70 | 0.00 | S/L | 7.00 |
| 34 | Server for Sis Software-Poweredge 2500 | 4/25/02 | 4,830.27 | 0.00 | | 0.00 | 4,830.27 | 0.00 | 4,830.27 | 0.00 | S/L | 3.00 |
| 35 | Minor Medical Equipment | 5/03/02 | 1,904.58 | 0.00 | | 0.00 | 1,904.58 | 0.00 | 1,904.58 | 0.00 | S/L | 7.00 |
| 36 | Radionics Burglary System | 5/03/02 | 1,770.00 | 0.00 | | 0.00 | 1,770.00 | 0.00 | 1,770.00 | 0.00 | S/L | 7.00 |
| 37 | SQL Server 2000 Licenes | 5/07/02 | 2,075.00 | 0.00 | | 0.00 | 2,075.00 | 0.00 | 2,075.00 | 0.00 | S/L | 7.00 |
| 38 | Anes Equipment | 5/09/02 | 958.67 | 0.00 | | 0.00 | 958.67 | 0.00 | 958.67 | 0.00 | S/L | 7.00 |
| 39 | 3-Table Mayo SS Pedal | 5/14/02 | 1,647.89 | 0.00 | | 0.00 | 1,647.89 | 0.00 | 1,647.89 | 0.00 | S/L | 7.00 |
| 40 | Shelving and Cart Cover | 5/23/02 | 4,023.46 | 0.00 | | 0.00 | 4,023.46 | 0.00 | 4,023.46 | 0.00 | S/L | 7.00 |
| 41 | 6-Armboard Pads & Legholder | 5/29/02 | 1,672.89 | 0.00 | | 0.00 | 1,672.89 | 0.00 | 1,672.89 | 0.00 | S/L | 7.00 |
| 42 | 2-Recliners, Extra Wide Doeskin | 6/06/02 | 1,934.78 | 0.00 | | 0.00 | 1,934.78 | 0.00 | 1,934.78 | 0.00 | S/L | 7.00 |
| 43 | Heat Sealer Lif-Seal | 6/12/02 | 1,594.06 | 0.00 | | 0.00 | 1,594.06 | 0.00 | 1,594.06 | 0.00 | S/L | 7.00 |

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | | Medical Equipment | 6/12/02 | 2,984.22 | 0.00 | | 0.00 | 2,984.22 | 0.00 | 2,984.22 | 0.00 | S/L | 7.00 |
| 45 | | S.A.M III Stirup System Pair | 6/12/02 | 3,623.31 | 0.00 | | 0.00 | 3,623.31 | 0.00 | 3,623.31 | 0.00 | S/L | 7.00 |
| 46 | | Urology Equipment | 6/12/02 | 22,338.34 | 0.00 | | 0.00 | 22,338.34 | 0.00 | 22,338.34 | 0.00 | S/L | 7.00 |
| 47 | | Instruments | 6/25/02 | 1,825.22 | 0.00 | | 0.00 | 1,825.22 | 0.00 | 1,825.22 | 0.00 | S/L | 7.00 |
| 48 | | Forcep, Bipolar, Kleppinger | 6/25/02 | 1,443.79 | 0.00 | | 0.00 | 1,443.79 | 0.00 | 1,443.79 | 0.00 | S/L | 7.00 |
| 49 | | 2-Reusable Tourniquet Cuffs | 7/18/02 | 490.72 | 0.00 | | 0.00 | 490.72 | 0.00 | 490.72 | 0.00 | S/L | 7.00 |
| 50 | | Pediatric Crib | 7/18/02 | 2,726.00 | 0.00 | | 0.00 | 2,726.00 | 0.00 | 2,726.00 | 0.00 | S/L | 7.00 |
| 51 | | Instruments | 7/18/02 | 6,147.21 | 0.00 | | 0.00 | 6,147.21 | 0.00 | 6,147.21 | 0.00 | S/L | 7.00 |
| 53 | | Dyonics Power, Chuck | 7/18/02 | 1,401.00 | 0.00 | | 0.00 | 1,401.00 | 0.00 | 1,401.00 | 0.00 | S/L | 7.00 |
| 54 | | Dual Inc 2 Ring Applicator | 7/24/02 | 1,838.66 | 0.00 | | 0.00 | 1,838.66 | 0.00 | 1,838.66 | 0.00 | S/L | 7.00 |
| 55 | | Digistime II Nerve Stimulator | 7/24/02 | 489.33 | 0.00 | | 0.00 | 489.33 | 0.00 | 489.33 | 0.00 | S/L | 7.00 |
| 56 | | Finger Traction Apparatus | 7/24/02 | 386.83 | 0.00 | | 0.00 | 386.83 | 0.00 | 386.83 | 0.00 | S/L | 7.00 |
| 57 | | Urology Supplies | 7/24/02 | 559.34 | 0.00 | | 0.00 | 559.34 | 0.00 | 559.34 | 0.00 | S/L | 7.00 |
| 58 | | Instruments | 7/31/02 | 1,238.77 | 0.00 | | 0.00 | 1,238.77 | 0.00 | 1,238.77 | 0.00 | S/L | 7.00 |
| 59 | | Urology Equipment | 8/07/02 | 4,050.09 | 0.00 | | 0.00 | 4,050.09 | 0.00 | 4,050.09 | 0.00 | S/L | 7.00 |
| 60 | | Instruments | 8/21/02 | 614.47 | 0.00 | | 0.00 | 614.47 | 0.00 | 614.47 | 0.00 | S/L | 7.00 |
| 61 | | Instruments | 8/07/02 | 78,511.31 | 0.00 | | 0.00 | 78,511.31 | 0.00 | 78,511.31 | 0.00 | S/L | 7.00 |
| 62 | | 3- Wire Cutters | 8/21/02 | 954.47 | 0.00 | | 0.00 | 954.47 | 0.00 | 954.47 | 0.00 | S/L | 7.00 |
| 63 | | Mobile Rack | 8/21/02 | 529.78 | 0.00 | | 0.00 | 529.78 | 0.00 | 529.78 | 0.00 | S/L | 7.00 |
| 64 | | 6 Aprons | 8/21/02 | 1,730.41 | 0.00 | | 0.00 | 1,730.41 | 0.00 | 1,730.41 | 0.00 | S/L | 7.00 |
| 65 | | Probe | 8/21/02 | 317.69 | 0.00 | | 0.00 | 317.69 | 0.00 | 317.69 | 0.00 | S/L | 7.00 |
| 66 | | Install Circuit Wall Sign, Timer | 8/21/02 | 640.00 | 0.00 | | 0.00 | 640.00 | 0.00 | 640.00 | 0.00 | S/L | 7.00 |
| 67 | | Uterine Cannula | 8/29/02 | 557.23 | 0.00 | | 0.00 | 557.23 | 0.00 | 557.23 | 0.00 | S/L | 7.00 |
| 68 | | Sigmoidoscope 19mmx25cm | 9/05/02 | 861.39 | 0.00 | | 0.00 | 861.39 | 0.00 | 861.39 | 0.00 | S/L | 7.00 |
| 69 | | 3-Pump Infusors | 9/05/02 | 5,622.75 | 0.00 | | 0.00 | 5,622.75 | 0.00 | 5,622.75 | 0.00 | S/L | 7.00 |
| 70 | | 3-Anes Armboards, Body Straps | 9/05/02 | 2,086.95 | 0.00 | | 0.00 | 2,086.95 | 0.00 | 2,086.95 | 0.00 | S/L | 7.00 |
| 71 | | Thermocouple Monitor Model 6510 | 9/05/02 | 552.25 | 0.00 | | 0.00 | 552.25 | 0.00 | 552.25 | 0.00 | S/L | 7.00 |
| 72 | | Intellisystem Monitor and Printer | 9/05/02 | 1,897.85 | 0.00 | | 0.00 | 1,897.85 | 0.00 | 1,897.85 | 0.00 | S/L | 7.00 |
| 73 | | Universal Leg Holder | 9/18/02 | 695.49 | 0.00 | | 0.00 | 695.49 | 0.00 | 695.49 | 0.00 | S/L | 7.00 |
| 74 | | C-Arm Supplies | 9/23/02 | 140,526.25 | 0.00 | | 0.00 | 140,526.25 | 0.00 | 140,526.25 | 0.00 | S/L | 7.00 |
| 75 | | Morgan ELT-M Table | 10/03/02 | 21,816.25 | 0.00 | | 0.00 | 21,816.25 | 0.00 | 21,816.25 | 0.00 | S/L | 7.00 |
| 76 | | Opthalmic Headres, Filters | 10/03/02 | 2,694.46 | 0.00 | | 0.00 | 2,694.46 | 0.00 | 2,694.46 | 0.00 | S/L | 7.00 |
| 77 | | Portable Extremities Table | 10/28/02 | 1,696.14 | 0.00 | | 0.00 | 1,696.14 | 0.00 | 1,696.14 | 0.00 | S/L | 7.00 |
| 78 | | Forceps Rigid Optical Biopsy, Endos | 11/25/02 | 1,322.61 | 0.00 | | 0.00 | 1,322.61 | 0.00 | 1,322.61 | 0.00 | S/L | 7.00 |
| 79 | | Transfer Cart | 11/25/02 | 1,423.52 | 0.00 | | 0.00 | 1,423.52 | 0.00 | 1,423.52 | 0.00 | S/L | 7.00 |
| 80 | | Vasectomy Instrument, 7-Ring Clamps | 12/23/02 | 1,248.10 | 0.00 | | 0.00 | 1,248.10 | 0.00 | 1,248.10 | 0.00 | S/L | 7.00 |
| 81 | | Knee Arthoscopy Instruments | 12/23/02 | 26,483.64 | 0.00 | | 0.00 | 26,483.64 | 0.00 | 26,483.64 | 0.00 | S/L | 7.00 |
| 82 | | Shoulder Holder | 12/23/02 | 2,338.18 | 0.00 | | 0.00 | 2,338.18 | 0.00 | 2,338.18 | 0.00 | S/L | 7.00 |
| 83 | | Leg Holder, Knee Arthoscopy | 1/21/03 | 1,530.07 | 0.00 | | 0.00 | 1,530.07 | 0.00 | 1,530.07 | 0.00 | S/L | 7.00 |
| 84 | | 4-Punch Basket-Arthoscopy | 1/21/03 | 3,588.13 | 0.00 | | 0.00 | 3,588.13 | 0.00 | 3,588.13 | 0.00 | S/L | 7.00 |
| 85 | | Wheelchair w/ Leg Rest | 1/21/03 | 711.45 | 0.00 | | 0.00 | 711.45 | 0.00 | 711.45 | 0.00 | S/L | 7.00 |
| 86 | | RF-Pain Mgmt Generator & 5 Kits | 1/31/03 | 39,505.68 | 0.00 | | 0.00 | 39,505.68 | 0.00 | 39,505.68 | 0.00 | S/L | 7.00 |
| 87 | | 2 Recovery Room Beds | 4/11/03 | 7,998.78 | 0.00 | | 0.00 | 7,998.78 | 0.00 | 7,998.78 | 0.00 | S/L | 7.00 |
| 88 | | 5- Lead Aprons | 5/13/03 | 2,233.89 | 0.00 | | 0.00 | 2,233.89 | 0.00 | 2,233.89 | 0.00 | S/L | 7.00 |
| 89 | | Leg Holder, Instr Makar | 5/13/03 | 2,391.35 | 0.00 | | 0.00 | 2,391.35 | 0.00 | 2,391.35 | 0.00 | S/L | 7.00 |

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | | 2 Dyonics High Speed Power Drills | 5/31/03 | 10,475.79 | 0.00 | | 0.00 | 10,475.79 | 0.00 | 10,475.79 | 0.00 | S/L | 7.00 |
| 91 | | Miniview 6800 Digital Mobile C-Arm | 6/11/03 | 62,498.12 | 0.00 | | 0.00 | 62,498.12 | 0.00 | 62,498.12 | 0.00 | S/L | 7.00 |
| 92 | | Hip Positoner, Peg Board | 7/09/03 | 2,205.50 | 0.00 | | 0.00 | 2,205.50 | 0.00 | 2,205.50 | 0.00 | S/L | 7.00 |
| 93 | | Dyonic Power Jacobs Chuck | 7/30/03 | 1,286.00 | 0.00 | | 0.00 | 1,286.00 | 0.00 | 1,286.00 | 0.00 | S/L | 3.00 |
| 94 | | Cannulated Hex Driver | 9/05/03 | 546.66 | 0.00 | | 0.00 | 546.66 | 0.00 | 546.66 | 0.00 | S/L | 3.00 |
| 95 | | Suretac Intrumention | 9/15/03 | 3,233.16 | 0.00 | | 0.00 | 3,233.16 | 0.00 | 3,233.16 | 0.00 | S/L | 5.00 |
| 96 | | Intrafix Sheath Intrustment/ Trial | 9/15/03 | 655.48 | 0.00 | | 0.00 | 655.48 | 0.00 | 655.48 | 0.00 | S/L | 3.00 |
| 97 | | Beach Chair Positioner | 9/30/03 | 6,300.00 | 0.00 | | 0.00 | 6,300.00 | 0.00 | 6,300.00 | 0.00 | S/L | 7.00 |
| 98 | | Ambient Air Scope Cabinet | 10/15/03 | 1,090.12 | 0.00 | | 0.00 | 1,090.12 | 0.00 | 1,090.12 | 0.00 | S/L | 7.00 |
| 99 | | Light Source-300 Watt Headlight | 10/23/03 | 3,164.62 | 0.00 | | 0.00 | 3,164.62 | 0.00 | 3,164.62 | 0.00 | S/L | 7.00 |
| 100 | | Headlight, Spot, Binner, Cart | 10/23/03 | 751.78 | 0.00 | | 0.00 | 751.78 | 0.00 | 751.78 | 0.00 | S/L | 7.00 |
| 101 | | Graftmaster II System & Tendon Stripper ACL | 10/23/03 | 3,386.53 | 0.00 | | 0.00 | 3,386.53 | 0.00 | 3,386.53 | 0.00 | S/L | 7.00 |
| 102 | | ACL Tray Drill Guide System, Gauge Endo | 10/23/03 | 14,234.48 | 0.00 | | 0.00 | 14,234.48 | 0.00 | 14,234.48 | 0.00 | S/L | 7.00 |
| 103 | | Fixation Post Instruments | 10/23/03 | 1,091.07 | 0.00 | | 0.00 | 1,091.07 | 0.00 | 1,091.07 | 0.00 | S/L | 7.00 |
| 104 | | Arthoplasty Tray | 10/23/03 | 2,142.56 | 0.00 | | 0.00 | 2,142.56 | 0.00 | 2,142.56 | 0.00 | S/L | 7.00 |
| 105 | | 2- Horizon Stretcher Recovery RM Beds | 11/06/03 | 6,793.49 | 0.00 | | 0.00 | 6,793.49 | 0.00 | 6,793.49 | 0.00 | S/L | 7.00 |
| 106 | | Ambient Air Scope Cabinet | 11/20/03 | 1,482.17 | 0.00 | | 0.00 | 1,482.17 | 0.00 | 1,482.17 | 0.00 | S/L | 7.00 |
| 107 | | Laparscopic Instruments, Forceps | 12/31/03 | 2,393.14 | 0.00 | | 0.00 | 2,393.14 | 0.00 | 2,393.14 | 0.00 | S/L | 7.00 |
| 108 | | Sinus Intruments, 2-Forceps, Probe | 12/31/03 | 1,007.00 | 0.00 | | 0.00 | 1,007.00 | 0.00 | 1,007.00 | 0.00 | S/L | 7.00 |
| 109 | d | Gastro Equipment | 9/01/03 | 143,065.20 | 0.00 | | 0.00 | 143,065.20 | 0.00 | 143,065.20 | 0.00 | S/L | 7.00 |
| 110 | d | Gastro Equipment | 11/01/03 | 22,780.00 | 0.00 | | 0.00 | 22,780.00 | 0.00 | 22,780.00 | 0.00 | S/L | 7.00 |
| 111 | | Intubation/ Sinus Scope | 1/14/04 | 17,537.76 | 0.00 | | 0.00 | 17,537.76 | 0.00 | 17,537.76 | 0.00 | S/L | 7.00 |
| 112 | | Steris Battery Powered Surgical XRay Table | 2/05/04 | 33,720.55 | 0.00 | | 0.00 | 33,720.55 | 0.00 | 33,720.55 | 0.00 | S/L | 7.00 |
| 113 | | Stryker Surgical Stool Chair | 1/14/04 | 1,042.65 | 0.00 | | 0.00 | 1,042.65 | 0.00 | 1,042.65 | 0.00 | S/L | 7.00 |
| 114 | | ECK Machine | 1/14/04 | 4,087.73 | 0.00 | | 0.00 | 4,087.73 | 0.00 | 4,087.73 | 0.00 | S/L | 7.00 |
| 115 | | Microscope, Lens for Scop | 2/20/04 | 722.99 | 0.00 | | 0.00 | 722.99 | 0.00 | 722.99 | 0.00 | S/L | 7.00 |
| 116 | | 5-Monitor Printing Upgrades | 2/20/04 | 6,664.00 | 0.00 | | 0.00 | 6,664.00 | 0.00 | 6,664.00 | 0.00 | S/L | 7.00 |
| 117 | | 1-Monitor Printing Upgrade | 4/08/04 | 1,326.00 | 0.00 | | 0.00 | 1,326.00 | 0.00 | 1,326.00 | 0.00 | S/L | 7.00 |
| 118 | | Suture Passer SP1001 | 6/01/04 | 2,079.58 | 0.00 | | 0.00 | 2,079.58 | 0.00 | 2,079.58 | 0.00 | S/L | 7.00 |
| 119 | | Surcan Leg Holder | 6/30/04 | 1,909.60 | 0.00 | | 0.00 | 1,909.60 | 0.00 | 1,909.60 | 0.00 | S/L | 7.00 |
| 120 | | Instrument Tray | 7/23/04 | 1,466.20 | 0.00 | | 0.00 | 1,466.20 | 0.00 | 1,466.20 | 0.00 | S/L | 7.00 |
| 121 | | LexMark Laser Printer | 8/17/04 | 1,099.00 | 0.00 | | 0.00 | 1,099.00 | 0.00 | 1,099.00 | 0.00 | S/L | 7.00 |
| 122 | | Laryngoscopy Tray | 8/17/04 | 7,074.81 | 0.00 | | 0.00 | 7,074.81 | 0.00 | 7,074.81 | 0.00 | S/L | 7.00 |
| 123 | | Vaccum Pump | 8/17/04 | 4,597.00 | 0.00 | | 0.00 | 4,597.00 | 0.00 | 4,597.00 | 0.00 | S/L | 7.00 |
| 124 | | Shoulder Tray | 8/25/04 | 14,316.13 | 0.00 | | 0.00 | 14,316.13 | 0.00 | 14,316.13 | 0.00 | S/L | 7.00 |
| 125 | | Pain Mgmt Digital Subtraction Upgrade | 8/25/04 | 17,047.07 | 0.00 | | 0.00 | 17,047.07 | 0.00 | 17,047.07 | 0.00 | S/L | 7.00 |
| 126 | | Tax Adjust on Vacuum Pump | 9/01/04 | 209.65 | 0.00 | | 0.00 | 209.65 | 0.00 | 209.65 | 0.00 | S/L | 7.00 |
| 127 | | Cannulated Screw Tray 3.5-4.0 | 9/01/04 | 11,317.55 | 0.00 | | 0.00 | 11,317.55 | 0.00 | 11,317.55 | 0.00 | S/L | 7.00 |
| 128 | | Instrument Tray | 9/29/04 | 1,214.69 | 0.00 | | 0.00 | 1,214.69 | 0.00 | 1,214.69 | 0.00 | S/L | 7.00 |
| 129 | | Oscillating Saw | 10/21/04 | 6,355.50 | 0.00 | | 0.00 | 6,355.50 | 0.00 | 6,355.50 | 0.00 | S/L | 7.00 |
| 130 | | 4- Overbed Tables | 11/11/04 | 1,173.00 | 0.00 | | 0.00 | 1,173.00 | 0.00 | 1,173.00 | 0.00 | S/L | 7.00 |
| 131 | | Spine Generator, ET-20S | 11/03/04 | 7,499.91 | 0.00 | | 0.00 | 7,499.91 | 0.00 | 7,499.91 | 0.00 | S/L | 7.00 |
| 132 | | Fax Machine | 1/26/05 | 991.71 | 0.00 | | 0.00 | 991.71 | 0.00 | 991.71 | 0.00 | S/L | 7.00 |
| 133 | | Ultra-Lite Specialty Table | 2/16/05 | 1,024.87 | 0.00 | | 0.00 | 1,024.87 | 0.00 | 1,024.87 | 0.00 | S/L | 7.00 |
| 134 | | Toshiba Studio 35 Copier | 6/09/05 | 3,552.35 | 0.00 | | 0.00 | 3,552.35 | 0.00 | 3,552.35 | 0.00 | S/L | 7.00 |

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | | 3- Position Recliners | 7/27/05 | 2,749.76 | 0.00 | | 0.00 | 2,749.76 | 0.00 | 2,749.76 | 0.00 | S/L | 7.00 |
| 136 | | Ice Dispenser, Filter System | 8/22/05 | 3,206.85 | 0.00 | | 0.00 | 3,206.85 | 0.00 | 3,206.85 | 0.00 | S/L | 7.00 |
| 137 | | Arthroscopic Instrument Set | 9/14/05 | 15,504.38 | 0.00 | | 0.00 | 15,504.38 | 0.00 | 15,504.38 | 0.00 | S/L | 7.00 |
| 138 | | SCD Compression System | 11/09/05 | 2,712.50 | 0.00 | | 0.00 | 2,712.50 | 0.00 | 2,712.50 | 0.00 | S/L | 7.00 |
| 139 | | OR Table-Battery Powered | 12/30/05 | 39,628.64 | 0.00 | | 0.00 | 39,628.64 | 0.00 | 39,628.64 | 0.00 | S/L | 7.00 |
| 140 | | Wilson Frame | 2/15/06 | 5,843.75 | 0.00 | | 0.00 | 5,843.75 | 0.00 | 5,843.75 | 0.00 | S/L | 7.00 |
| 141 | | Doppler Ultrasound | 2/15/06 | 715.56 | 0.00 | | 0.00 | 715.56 | 0.00 | 715.56 | 0.00 | S/L | 7.00 |
| 142 | | Radio Frequency Generator | 5/16/06 | 9,562.50 | 0.00 | | 0.00 | 9,562.50 | 0.00 | 9,562.50 | 0.00 | S/L | 7.00 |
| 143 | | Sterrad NX-Steralization System | 6/27/06 | 44,882.47 | 0.00 | | 0.00 | 44,882.47 | 0.00 | 44,882.47 | 0.00 | S/L | 7.00 |
| 144 | | Cordless Power Driver, Saw, Drill | 8/22/06 | 32,900.31 | 0.00 | | 0.00 | 32,900.31 | 0.00 | 32,900.31 | 0.00 | S/L | 7.00 |
| 145 | | Attest Autoreader-For Sterilizer | 1/04/07 | 999.00 | 0.00 | | 0.00 | 999.00 | 0.00 | 999.00 | 0.00 | S/L | 7.00 |
| 146 | | 2-View Boxes, 2-Chameleon  Lamps | 3/14/07 | 791.54 | 0.00 | | 0.00 | 772.70 | 18.84 | 791.54 | 0.00 | S/L | 7.00 |
| 147 | | Light Bulb-Lamp Module, 300 XL Xenon | 3/28/07 | 1,206.58 | 0.00 | | 0.00 | 1,163.49 | 43.09 | 1,206.58 | 0.00 | S/L | 7.00 |
| 148 | | 2-Paragon Platinum Services SC430 Anesthesia | 5/02/07 | 31,430.00 | 0.00 | | 0.00 | 20,691.42 | 3,143.00 | 23,834.42 | 7,595.58 | S/L | 10.00 |
| 149 | | 2-Mindray PM9000 Patient Monitor, 8- Post | 5/02/07 | 22,945.00 | 0.00 | | 0.00 | 15,105.46 | 2,294.50 | 17,399.96 | 5,545.04 | S/L | 10.00 |
| 150 | | Chairs, Tables, 3-Seat Sofas, End Tables | 5/09/07 | 5,416.97 | 0.00 | | 0.00 | 5,159.01 | 257.96 | 5,416.97 | 0.00 | S/L | 7.00 |
| 151 | | Appliances | 6/06/07 | 1,124.01 | 0.00 | | 0.00 | 1,057.10 | 66.91 | 1,124.01 | 0.00 | S/L | 7.00 |
| 152 | | 2-Paragon Plantinum SC430 Anesthesia System | 6/27/07 | 31,430.00 | 0.00 | | 0.00 | 20,691.42 | 3,143.00 | 23,834.42 | 7,595.58 | S/L | 10.00 |
| 153 | | 2-Mindray PM9000 Patient Monitor, 8- Post | 6/27/07 | 22,945.00 | 0.00 | | 0.00 | 15,105.46 | 2,294.50 | 17,399.96 | 5,545.04 | S/L | 10.00 |
| 154 | | 8-Mindray PM9000 Monitor Wall Mount | 7/05/07 | 1,222.00 | 0.00 | | 0.00 | 793.60 | 122.20 | 915.80 | 306.20 | S/L | 10.00 |
| 155 | | Chairs, Tables, 3-Seat Sofas, End Tables | 7/05/07 | 5,416.97 | 0.00 | | 0.00 | 5,030.04 | 386.93 | 5,416.97 | 0.00 | S/L | 7.00 |
| 156 | | Shoulder Instrument-Retro Drill Guide Set | 7/11/07 | 10,209.12 | 0.00 | | 0.00 | 9,479.91 | 729.21 | 10,209.12 | 0.00 | S/L | 7.00 |
| 157 | | Warming Cabinet-Full Size Single Door | 7/18/07 | 4,325.00 | 0.00 | | 0.00 | 3,964.59 | 360.41 | 4,325.00 | 0.00 | S/L | 7.00 |
| 158 | | Phone Equipment | 7/25/07 | 7,193.75 | 0.00 | | 0.00 | 4,616.00 | 719.38 | 5,335.38 | 1,858.37 | S/L | 10.00 |
| 159 | | Prism Phone System | 7/25/07 | 2,080.74 | 0.00 | | 0.00 | 1,907.35 | 173.39 | 2,080.74 | 0.00 | S/L | 7.00 |
| 160 | | 42" Flat Screen LCD HDTV-Waiting Room | 8/22/07 | 788.34 | 0.00 | | 0.00 | 713.26 | 75.08 | 788.34 | 0.00 | S/L | 7.00 |
| 161 | | Endo Flush | 8/22/07 | 1,434.38 | 0.00 | | 0.00 | 1,297.77 | 136.61 | 1,434.38 | 0.00 | S/L | 7.00 |
| 162 | | Royal 1820 Copier | 9/19/07 | 1,174.25 | 0.00 | | 0.00 | 1,048.44 | 125.81 | 1,174.25 | 0.00 | S/L | 7.00 |
| 163 | | 2-Dell 5110 cn Color Laser Printer | 9/26/07 | 1,980.00 | 0.00 | | 0.00 | 1,980.00 | 0.00 | 1,980.00 | 0.00 | S/L | 5.00 |
| 164 | | Utility Table, 4- Folding Chairs | 9/26/07 | 919.00 | 0.00 | | 0.00 | 820.55 | 98.45 | 919.00 | 0.00 | S/L | 7.00 |
| 165 | | 8-Write Drop Boxes for New RR Bays | 10/03/07 | 1,305.30 | 0.00 | | 0.00 | 1,165.44 | 139.86 | 1,305.30 | 0.00 | S/L | 7.00 |
| 166 | | 7- Stretcher Transport Carts | 10/03/07 | 22,416.63 | 0.00 | | 0.00 | 20,014.86 | 2,401.77 | 22,416.63 | 0.00 | S/L | 7.00 |
| 167 | | Sourcevision Software | 10/04/07 | 7,318.75 | 0.00 | | 0.00 | 7,318.75 | 0.00 | 7,318.75 | 0.00 | S/L | 5.00 |
| 168 | | 5- Additional User License | 10/04/07 | 1,687.50 | 0.00 | | 0.00 | 1,687.50 | 0.00 | 1,687.50 | 0.00 | S/L | 5.00 |
| 169 | | 4- File Cabinets, 3- Hi-Back Chairs | 10/10/07 | 2,265.70 | 0.00 | | 0.00 | 2,022.94 | 242.76 | 2,265.70 | 0.00 | S/L | 7.00 |
| 170 | | 5- Additional User License | 10/24/07 | 5,636.27 | 0.00 | | 0.00 | 5,636.27 | 0.00 | 5,636.27 | 0.00 | S/L | 5.00 |
| 171 | | 8-Flowmeter, Oxygen Regulator | 10/24/07 | 2,370.87 | 0.00 | | 0.00 | 2,088.64 | 282.23 | 2,370.87 | 0.00 | S/L | 7.00 |
| 172 | | 2-Kickbucket/or Back Tables, Mayo Stand, Cart | 10/24/07 | 4,343.11 | 0.00 | | 0.00 | 3,826.06 | 517.05 | 4,343.11 | 0.00 | S/L | 7.00 |
| 173 | | 2-Usercode Keypad Lock Sets | 10/26/07 | 1,755.68 | 0.00 | | 0.00 | 1,546.67 | 209.01 | 1,755.68 | 0.00 | S/L | 7.00 |
| 174 | | 7- Acer X191WSD 19in Wide LCD Monitors | 11/07/07 | 1,207.79 | 0.00 | | 0.00 | 1,207.79 | 0.00 | 1,207.79 | 0.00 | S/L | 5.00 |
| 175 | | Ortho Arthroscopy Instrument | 11/15/07 | 18,820.11 | 0.00 | | 0.00 | 16,579.63 | 2,240.48 | 18,820.11 | 0.00 | S/L | 7.00 |
| 176 | | Stainless Steel Plaster Dispenser, Cast Cart | 11/15/07 | 1,914.72 | 0.00 | | 0.00 | 1,686.77 | 227.95 | 1,914.72 | 0.00 | S/L | 7.00 |
| 177 | | Electrosurical Generator, Cart, Pump-Cautery | 11/15/07 | 11,057.67 | 0.00 | | 0.00 | 9,741.29 | 1,316.38 | 11,057.67 | 0.00 | S/L | 7.00 |
| 178 | | 2-Radiation. Xray Vests | 12/13/07 | 946.96 | 0.00 | | 0.00 | 822.95 | 124.01 | 946.96 | 0.00 | S/L | 7.00 |
| 179 | | 3-Hi Back Task Chairs | 12/13/07 | 599.32 | 0.00 | | 0.00 | 520.85 | 78.47 | 599.32 | 0.00 | S/L | 7.00 |

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 180 | | 3- Dell Vostro Pc's | 12/19/07 | 2,068.67 | 0.00 | | 0.00 | 2,068.67 | 0.00 | 2,068.67 | 0.00 | S/L | 5.00 |
| 181 | | 4- Patient Recliner Lounge Chairs | 12/27/07 | 3,666.35 | 0.00 | | 0.00 | 3,142.57 | 523.78 | 3,666.35 | 0.00 | S/L | 7.00 |
| 182 | | General Surgery Table for or w/ Sirups | 1/09/08 | 31,758.00 | 0.00 | | 0.00 | 27,221.15 | 4,536.85 | 31,758.00 | 0.00 | S/L | 7.00 |
| 183 | | TPS System-Ortho/Pod | 1/23/08 | 32,710.87 | 0.00 | | 0.00 | 27,648.47 | 4,672.98 | 32,321.45 | 389.42 | S/L | 7.00 |
| 184 | | 2-Dell Servers | 2/20/08 | 6,778.13 | 0.00 | | 0.00 | 6,778.13 | 0.00 | 6,778.13 | 0.00 | S/L | 5.00 |
| 185 | | Sourcevision Software Initial Training | 3/12/08 | 1,106.12 | 0.00 | | 0.00 | 1,106.12 | 0.00 | 1,106.12 | 0.00 | S/L | 5.00 |
| 186 | | 2-Fujitsu Fi 5120 Scanner | 4/23/08 | 1,958.35 | 0.00 | | 0.00 | 1,958.35 | 0.00 | 1,958.35 | 0.00 | S/L | 5.00 |
| 187 | | 9-Solar Mesh Shades | 4/23/08 | 1,242.00 | 0.00 | | 0.00 | 1,005.44 | 177.43 | 1,182.87 | 59.13 | S/L | 7.00 |
| 188 | | 9-Solar Mesh Shades | 5/07/08 | 1,242.00 | 0.00 | | 0.00 | 1,005.43 | 177.43 | 1,182.86 | 59.14 | S/L | 7.00 |
| 189 | | Sourcevision Software | 6/18/08 | 23,590.55 | 0.00 | | 0.00 | 23,590.55 | 0.00 | 23,590.55 | 0.00 | S/L | 5.00 |
| 190 | | Sourcevision Software- Training | 8/07/08 | 636.97 | 0.00 | | 0.00 | 636.97 | 0.00 | 636.97 | 0.00 | S/L | 5.00 |
| 191 | | Actuator-For Heating Value | 11/14/08 | 1,225.00 | 0.00 | | 0.00 | 904.71 | 175.00 | 1,079.71 | 145.29 | S/L | 7.00 |
| 192 | | Ortho-Shaver Combo | 11/14/08 | 8,179.57 | 0.00 | | 0.00 | 6,037.30 | 1,168.51 | 7,205.81 | 973.76 | S/L | 7.00 |
| 193 | | Pump & Motor Base for Instrument Washer | 6/12/09 | 6,757.55 | 0.00 | | 0.00 | 4,424.57 | 965.36 | 5,389.93 | 1,367.62 | S/L | 7.00 |
| 194 | | 2-Minray PM9000 Patient Pumps | 9/09/09 | 6,630.00 | 0.00 | | 0.00 | 4,104.28 | 947.14 | 5,051.42 | 1,578.58 | S/L | 7.00 |
| 195 | | Forceps Tray-Ortho | 11/11/09 | 16,193.19 | 0.00 | | 0.00 | 9,638.89 | 2,313.31 | 11,952.20 | 4,240.99 | S/L | 7.00 |
| 196 | | Hook Height IV Pole- EZ IV Irrigation Tower | 5/21/10 | 1,900.00 | 0.00 | | 0.00 | 972.62 | 271.43 | 1,244.05 | 655.95 | S/L | 7.00 |
| 197 | | Motion Sensor Camera | 7/24/10 | 1,005.40 | 0.00 | | 0.00 | 490.73 | 143.63 | 634.36 | 371.04 | S/L | 7.00 |
| 198 | | Surveillance System/Camera | 7/24/10 | 1,643.28 | 0.00 | | 0.00 | 802.07 | 234.75 | 1,036.82 | 606.46 | S/L | 7.00 |
| 199 | | Shoulder Exposure Beach Chair | 10/27/10 | 6,677.90 | 0.00 | | 0.00 | 3,020.96 | 953.99 | 3,974.95 | 2,702.95 | S/L | 7.00 |
| 200 | | Probes and Speculums | 1/14/04 | 280.24 | 0.00 | | 0.00 | 280.24 | 0.00 | 280.24 | 0.00 | S/L | 7.00 |
| 235 | | Medical Equipment | 2/10/12 | 4,760.15 | 0.00 | | 0.00 | 1,303.37 | 680.02 | 1,983.39 | 2,776.76 | S/L | 7.00 |
| 236 | | Flashpaks | 3/01/12 | 4,816.49 | 0.00 | | 0.00 | 1,261.46 | 688.07 | 1,949.53 | 2,866.96 | S/L | 7.00 |
| 237 | | ETA Cap | 3/01/12 | 1,933.22 | 0.00 | | 0.00 | 506.32 | 276.17 | 782.49 | 1,150.73 | S/L | 7.00 |
| 239 | | STRYKER NSE | 7/15/13 | 4,250.00 | 0.00 | | 0.00 | 425.00 | 850.00 | 1,275.00 | 2,975.00 | S/L | 5.00 |
| 240 | | ELITE 300K LIGHTSOURCE | 6/28/13 | 6,305.85 | 0.00 | | 0.00 | 630.59 | 1,261.17 | 1,891.76 | 4,414.09 | S/L | 5.00 |
| 241 | | BOSS INSTRUMENT SET | 2/28/13 | 14,262.49 | 0.00 | | 0.00 | 2,377.08 | 2,852.50 | 5,229.58 | 9,032.91 | S/L | 5.00 |
| | | **Equipment** | | 1,824,949.24 | 0.00 | c | 0.00 | 1,714,297.89 | 45,838.76 | 1,760,136.65 | 64,812.59 | | |
| | | ***Less: Dispositions and Transfers** | | 165,845.20 | 0.00 | | 0.00 | 165,845.20 | 0.00 | 165,845.20 | 0.00 | | |
| | | **Net Equipment** | | 1,659,104.04 | 0.00 | c | 0.00 | 1,548,452.69 | 45,838.76 | 1,594,291.45 | 64,812.59 | | |

**Group: Loan Fees**

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 238 | | Loan Fees | 4/01/12 | 800.00 | 0.00 | | 0.00 | 266.64 | 160.00 | 426.64 | 373.36 | Amort | 5.00 |
| 242 | | 754 Adjustment-Jain | 4/30/13 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 |
| 243 | | 754 Adjustment-Lelies/Glaser | 10/01/13 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 |
| | | **Loan Fees** | | 800.00 | 0.00 | c | 0.00 | 266.64 | 160.00 | 426.64 | 373.36 | | |
| | | **Grand Total** | | 2,774,239.72 | 0.00 | c | 0.00 | 2,463,670.13 | 99,274.70 | 2,562,944.83 | 211,294.89 | | |
| | | **Less: Dispositions and Transfers** | | 165,845.20 | 0.00 | | 0.00 | 165,845.20 | 0.00 | 165,845.20 | 0.00 | | |
| | | **Net Grand Total** | | 2,608,394.52 | 0.00 | c | 0.00 | 2,297,824.93 | 99,274.70 | 2,397,099.63 | 211,294.89 | | |

Orland Park Surgical Center LLC

| Location | Asset Tag # | Smith & Nephew collateral | Description | Model # | Marked Defective |
|---|---|---|---|---|---|
| OR1 | 1080 | | GE OEC Miniview 6600 "little C" | SN-86-0788 | |
| OR1 | 1314 | | Arthrex Dualwave Pump #3 | | |
| OR1 | 1317 | | Pump cart | | |
| OR1 | 1239 | S&N | Monitor Cart #3 (Promedical Inc.) | | |
| OR1 | 1242 | S&N | Sony Monitor (Smith & Nephew) | LMD2450MD | |
| OR1 | 1262 | S&N | 560P High Definition Camera System | 72200559 | |
| OR1 | 1217 | S&N | 660HD Image Management System | 72200242 | |
| OR1 | | S&N | HP 6940 printer | 72201464 | |
| OR1 | 1263 | | Dyonics Power II Control System | | |
| OR1 | No tag | | Harloff PEDs Cart | 12713 | |
| OR1 | No tag | | Harloff PEDs Cart | 12713 | |
| OR1 | No tag | | Harloff PEDs Cart | 12713 | |
| OR1 | 1226 | | Nuvo Volante 750 operating table | | |
| OR1 | No tag | | Ohio 5400 Volume Monitor | | |
| OR1 | No tag | | Ohmeda 5100 Oxygen Monitor | | |
| OR1 | No tag | | Ohmeda 7000 Ventilator System | 0229-1042-800 | |
| OR1 | 1021 | | Ohmeda Modulus II Anesthesia System | | |
| OR1 | 1023 | | Datascope GasModule II | | |
| OR1 | 1005 | | Datascope Passport 2 Monitor | | |
| OR2 | No tag | | Steris Amsco 3085 SP table | B432403152 | |
| OR2 | 1171 | | Paragon Platinium sc430 Anti-hyporic Device | | |
| OR2 | 1175 | | Masimo SET PM-9000 Monitor | | |
| OR2 | No tag | | Steris Amsco SQ140 operating lamps (2) | 0436301081 | |
| OR2 | 1220 | S&N | Monitor Cart #2 (Promedical Inc.) | | |
| OR2 | 1221 | S&N | Sony Monitor (Smith & Nephew) | LMD2450MD | |
| OR2 | 1222 | S&N | 560P High Definition Camera System | 72200559 | |
| OR2 | 1223 | S&N | 660HD Image Management System | 72200242 | |
| OR2 | | S&N | HP 6940 printer | 72201464 | |
| OR2 | 1218 | S&N | Dyonics 300XL Xenon Light Source | 7206084 | |
| OR2 | 1272 | | Dyonics Power II Control System | | |
| OR2 | 1024 | | Steris Flash Sterilizer #2 (3013 Prevoc Steam Sterilizer) | 3013 | |
| OR2 | No tag | | Stryker 301 Plaster Dispenser | | |
| OR3 | 1176 | | Anesthesia Cart (no brand name) | | |
| OR3 | 1022 | | Datascope GasModule II | | |
| OR3 | 1156 | | Steris Amsco 3085 SP table | B430605056 | |
| OR3 | 1216 | S&N | Monitor Cart #1 (Promedical Inc.) | | |
| OR3 | 1206 | S&N | Sony Monitor (Smith & Nephew) | LMD2450MD | |
| OR3 | 1073 | S&N | 560P High Definition Camera System | 72200559 | |
| OR3 | 1267 | S&N | 660HD Image Management System | 72200242 | |
| OR3 | | S&N | HP 6940 printer | 72201464 | |
| OR3 | 1224 | | Dyonics 300XL Xenon Light Source | | |
| OR3 | 1265 | | Dyonics Power II Control System | | |
| OR3 | 1316 | | Arthrex Dualwave pump #1 | | |
| OR3 | 1138 | | Mitek VAPR 3 | | |
| OR3 | 1269 | | Monitor Cart #4 (Promedical Inc.) | | |
| OR3 | No tag | | Steris Amsco SQ140 operating lamps (2) | 0435801060 | |
| Hallway | 1025 | | Steris Warming Cabinet | | |
| Hallway | 1064 | | Steris Flash Sterilizer #1 (3013 Prevoc Steam Sterilizer) | | |
| Hallway | 1167 | | SterradNX Sterilizer | | |
| Hallway | 1058 | | Steris Single Compartment Warner | | |
| Recovery Area | 1194 | | FHC Warming Cabinet | SWC 72 | |
| OR4 | 1071 | | GE OEC 9800 Plus Mobile C-arm ("Big C") with Neurovas Monitory System | 85-1229 | |
| OR4 | 1069 | | Morgan Medesign operating table | ELTM, 22247 | |
| OR4 | No tag | | Steris Amsco SQ140 operating lamps (2) | | |
| OR4 | 1012 | | Modulus II Anesthesia System | | |
| OR4 | 1258 | | Ohmeda 7000 Ventilator System | | |
| OR4 | 1170 | | Ohio 5100 Volume Monitor | | |
| OR5 | 1116 | | Monitor Cart #5 (Promedical Inc.) | | |
| OR5 | 1117 | S&N | Sony Monitor (Smith & Nephew) | PVM-20L2MD | |
| OR5 | 1049 | | Zeiss OpMi-1 CM-5014 | | |
| OR5 | 1046 | S&N | Dyonics Access 4OL Insufflator | | Yes |
| OR5 | 1055 | S&N | Dyonics Access 4OL Insufflator | | Yes |
| OR5 | 1122 | S&N | Dyonics Access 4OL Insufflator | | Yes |
| OR5 | 1253 | | FMS Duo - Fluid Management System | | Yes |
| OR5 | 1008 | | Steris Amsco 2080L surgical table | | Yes |
| OR5 | 1252 | | FMS Duo - Fluid Management System | | Yes |
| OR5 | 1256 | | DePuy Mitek Stand | | Yes |
| OR5 | 1084 | | Olmpus Imaging Cart | TI-1900 | Yes |
| OR5 | 1085 | | Olmpus Monitor OEV203 | OEV203 | Yes |

66

Orland Park Surgical Center, L.L.C.                Attachment to Forms 206A/B Q 55; 206G Q 2.1

## LEASE TERMINATION AGREEMENT

**THIS LEASE TERMINATION AGREEMENT** ("Agreement") is made as of October 31, 2015, by and between **ADVOCATE HEALTH AND HOSPITALS CORPORATION d/b/a ADVOCATE MEDICAL GROUP**, an Illinois not-for-profit corporation ("Landlord"), and **ORLAND PARK SURGICAL CENTER, L.L.C.**, an Illinois limited liability company ("Tenant").

### WITNESSETH

A.     Midwest Physician Group, Ltd. ("Original Landlord") and Tenant entered into that certain Lease dated October, 2001 (the "Lease") as amended on June 1, 2007 and January 31, 2012, for the lease of the premises located in the property commonly known as 9550 W.167th Street, Orland Park, IL 60467 (the "Premises");

B.     Original Landlord assigned its interest in the Lease to Landlord on July 1, 2009; and

C.     Landlord and Tenant desire to terminate the Lease on the terms and conditions hereinafter set forth.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, Landlord and Tenant hereby agree as follows:

1.     Defined Terms. All terms used herein shall have the same meaning as in the Lease unless otherwise defined herein.

2.     Termination of Lease. Subject to the terms and conditions set forth herein and the complete performance by Tenant of its obligations as set forth in this Agreement, the Lease shall terminate on October 31, 2015(the "Termination Date") as if said Termination Date were set forth in the Lease as the expiration date of the term of the Lease. Tenant acknowledges and agrees that it currently owes Landlord $418,954.79 in unpaid Rent ("Unpaid Rent"), which obligation shall expressly survive the termination of the Lease. Notwithstanding anything to the contrary contained in this Agreement, any representations, warranties, indemnifications or covenants of Landlord or Tenant which under the terms of the Lease expressly survive termination of the Lease, shall not be deemed released or terminated by this Agreement.

3.     Surrender of Premises. On or before the Termination Date, Tenant shall deliver to Landlord all keys to the Premises and surrender the Premises to Landlord.

4.     Rent and Other Charges. Tenant agrees not to contest any claim of Landlord for any utility charges or other charges relating to the Premises resulting from contracts between Tenant and utility suppliers and/or other vendors which are the obligation of Tenant and which accrue on or before the Termination Date.

5.     Certification to Landlord. Tenant hereby certifies, with respect to Tenant's rights in and occupancy of the Premises, that the following statements are true as of the date hereof and will be true on the Termination Date: (a) Tenant owns and holds the entire interest of Tenant under the Lease; (b) there exist no subleases affecting the Premises or any part thereof; (c) Tenant has not assigned or encumbered Tenant's interest under the Lease or any part thereof; (d) no contracts for the furnishing of any labor or materials with respect to improvements or alterations in or about the Premises have been

let by Tenant or are outstanding that have not been performed and satisfied; and (e) Tenant has full authority to execute and deliver this Agreement.

6.   Mutual Release.   Except for their express obligations under this Agreement and Tenants obligation to pay the Unpaid Rent, and as this Agreement otherwise expressly provides, on the Termination Date Tenant shall be released and discharged from its obligations arising from or in connection with the payment of any Base Rent or Additional Rent which accrues after the Termination Date and Landlord shall be fully and unconditionally released and discharged from any obligation arising from or in connection with the Lease.

7.   Attorney's Fees.   If either party commences an action against the other party arising out of or in connection with this Agreement, the prevailing party shall be entitled to recover from the losing party reasonable attorney's fees and cost of suit.

8.   Successors.   This Agreement shall be binding on and inure to the benefit of the parties and their successors.

IN WITNESS WHEREOF, the parties have executed this Lease Termination Agreement as of the date first written above.

LANDLORD:

ADVOCATE HEALTH AND HOSPITALS CORPORATION    d/b/a    ADVOCATE MEDICAL GROUP, an Illinois not-for-profit corporation

By:_____
James R. Dan, M.D.
It's President, Physician and Ambulatory Services

TENANT:

ORLAND PARK SURGICAL CENTER, L.L.C., an Illinois limited liability company

By:_____
Name: ROBERT T. SEMBA, M.D.
Title: Its Managing Member

112758634.2

66694 v1 10/15/2015 9:17 AM

Orland Park Surgical Center, L.L.C.         Attachment to Form 206A/B Q40; Form 207 SOFA Q 5

## SECURED OBLIGATIONS SATISFACTION AGREEMENT

This Secured Obligations Satisfaction Agreement (the "Agreement") is made and entered into as of the 31st day of October, 2015 by and among ORLAND PARK SURGICAL CENTER, LLC ("Debtor"), and STANDARD BANK AND TRUST CO. ("Lender").

WHEREAS, Lender has loaned certain sums to Debtor (collectively, the "Loan"), pursuant to that certain Commercial Security Agreement dated March 23, 2012 (the "Security Agreement"), that certain Promissory Note dated March 23, 2012 (the "Promissory Note") and other ancillary documents related to such transaction ( all such documents collectively referred to as the "Loan Documents"); and

WHEREAS, an Event of Default has occurred and is continuing under the Loan Documents; and

WHEREAS, pursuant to the Security Agreement as well as Section 9-620 of the Illinois Uniform Commercial Code (the "UCC"), Lender retains certain rights to possession and ownership the Collateral (as that term is defined in the Security Agreement) upon the occurrence of an Event of Default; and

WHEREAS, Lender has proposed to accept possession and ownership of the Collateral in full satisfaction of Debtor's obligations under the Loan Documents and Debtor wishes to consent to such action by Lender;

NOW THEREFORE, in consideration of the mutual promises and covenants contained herein, and for the consideration hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Debtor, Guarantor and Lender hereby mutually agree as follows. All capitalized terms used in this Agreement and not expressly defined herein shall have the meanings ascribed to such terms in the Loan Documents.

1.    Acknowledgement of Debt and Default.  Debtor hereby acknowledges, confirms and agrees that the outstanding principal balance of the Loan on the date hereof is $342,860.85, and that one or more defaults exist under the Loan Documents.

2.    Transfer of Collateral.  Lender proposes and Debtor consents to Lender's exercise of its rights under the Security Agreement to take and accept possession and ownership of the Collateral as fully described in Exhibit "A" to this Agreement in full satisfaction for Debtor's Obligations under the Security Agreement.

3.    Consent and Waiver.  Debtor hereby consents to any and all actions taken or to be taken by Lender in connection with the transfer of the Collateral to Lender and acknowledges, confirms and agrees that the taking of possession of the Collateral in full satisfaction of the Obligations fully divests Debtor of, and fully vests Lender with, all title and interest of Debtor in the Collateral.  Debtor aggress to cooperate fully with Lender in assuring that title to the Collateral is fully and completely vested in Lender, including the execution of any bills of sale,

112726955.4

assignments, certificates or other documents as Lender may request, provided, however, that nothing in this Agreement shall require Debtor to obtain the release of any prior security interest or lease of any personal property. Further, Debtor hereby waives any and all right or claim to any waiting period before Lender can assert title, right or interest in all of the Collateral, time being of the essence due to the need for immediate action to preserve the customer base of the Debtor.

4.     Release of Loan Agreement and Promissory Note.    Lender hereby acknowledges, confirms and agrees that upon acceptance of the Collateral, Debtor shall be fully released from all of the Obligations.

5.     Waiver of Notice to Debtor.    Debtor hereby waives any notice which might otherwise have been required to be provided to it under the Loan Documents or any provision of Article 9 of the UCC.

6.     Waiver of Other Notices.    Lender agrees to provide any notices required under Article 9 of the UCC to any other Lender of Debtor, but failure to provide any such notice will not affect its rights under this Agreement.

7.     General Release.    Debtor, for itself, its officers, managers, members, representatives, agents, successors and assigns (collectively, the "Debtor Parties") and hereby forever releases, discharges, forgives, relinquishes and agrees to hold harmless Lender, its officers, directors, shareholders, representatives, agents, successors and assigns (collectively, "Lender Parties") from and against and all claims, charges, liabilities, damages (whether to persons or to property), obligations, costs or expenses (including attorneys' fees), whether arising under contract or tort, known or unknown, absolute or contingent and whether previously existing, now existing or hereafter arising (as to which future matters this release shall operate as a covenant not to sue) and in any manner arising out of or relating to the Collateral or the business relationship between Debtor and Lender, regarding the Loan, the Loan Documents and the Collateral or actions taken pursuant to this Agreement (collectively, "Claims").

8.     Miscellaneous.

(a)     Further Assurances.    The parties hereto hereby agree to do all such things and take all such action as may be necessary or appropriate and as reasonably requested by the other party, and shall sign, execute and deliver, or to the extent within their control, cause others so to do, all such powers of attorney, deeds, assignments, documents and other instruments and to do or to cause to be done all such other acts and things as may be necessary or proper to carry out transactions contemplated by this Agreement.

(b)     Construction.    This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Illinois without regard to its conflicts of laws.

(c)     No Waiver.    No failure on the part of any party hereto to exercise, and no delay in exercising, any right, power or remedy hereunder, shall operate as a waiver thereof, nor shall any singular or particular exercise of any right, power or remedy by any party hereto preclude any other or further exercise thereof or the exercise of any other right, power or remedy. No express waiver or assent by any party of any breach of or any default in any term, covenant or condition which this Agreement requires to be performed or observed by any other party shall constitute a

waiver of or assent to any succeeding breach of or default in the same or any term, covenant or condition hereof.

(d)    <u>Entire Agreement</u>.  This Agreement and the exhibits hereto embody the entire agreement of the parties hereto relating to the subject matter hereof and supersede any prior understandings, commitments or agreements, whether oral or in writing.  No amendment or modification of this Agreement shall be valid or binding upon the parties hereto unless made in writing and signed by the parties hereto.

(e)    <u>Section Headings</u>.  The section headings set forth in this Agreement are for convenience of reference only and shall not be used in enforcing, construing or interpreting this Agreement.

(f)    <u>Expenses</u>.  Each party shall bear all of its respective expenses incurred in connection with the transactions contemplated in this Agreement, including without limitation, all legal and accounting expenses.

(g)    <u>Multiple Counterparts</u>.  This Agreement may be executed in multiple counterparts, each of which shall be deemed an original and all of such counterparts shall constitute one and the same Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on and as of
the date first written above.

DEBTOR:

ORLAND SURGICAL CENTER, LLC

By: _____
Name: _Robert T. Semba_
Its Managing Member

LENDER:

STANDARD BANK & TRUST CO.

By: _____
V.P.

112726955.4

# EXHIBIT A

# COLLETERAL

**Orland Park Surgical Center**
**Asset Listing - NOT Specifically Identified**

| Assets NOT specifically identified in lien filings, outside of SB&T's blanket lien | Asset Tag # | Model # |
|---|---|---|
| **Asset** **Property Description** | | |
| 109 Gastro Equipment | 109 | |
| 74 C-Arm Supplies | 74 | |
| 61 Instruments | 61 | |
| 9 Passport 2, NR, GasModule, Passport 2LT | 9 | |
| 3 3-SQ 40 Light 2-36" Arms, Renaissan | 3 | |
| 91 Miniview 6800 Digital Mobile C-Arm | 91 | |
| 4 Renaissan PreVac/ Steris System 1 | 4 | |
| 143 Sterrad NX-Steralization System | 143 | |
| 139 OR Table-Battery Powered | 139 | |
| 86 RF-Pain Mgmt Generator & 5 Kits | 86 | |
| 5 REL 430 Washer DD EL: Cart, Manifold Rack, | 5 | |
| 112 Steris Battery Powered Surgical XRay Table | 112 | |
| 144 Cordless Power Driver, Saw, Drill | 144 | |
| 183 TPS System-Ortho/Pod | 183 | |
| 31 Used Anesthesia-Machine-Modulus II | 31 | |
| 182 General Surgery Table for or w/ Sirups | 182 | |
| 148 2-Paragon Platinum Services SC430 Anesthesia | 148 | |
| 152 2-Paragon Plantinum SC430 Anesthesia System | 152 | |
| 81 Knee Arthoscopy Instruments | 81 | |
| 189 Sourcevision Software | 189 | |
| 149 2-Mindray PM9000 Patient Monitor, 8- Post | 149 | |
| 153 2-Mindray PM9000 Patient Monitor, 8- Post | 153 | |
| 110 Gastro Equipment | 110 | |
| 166 7- Stretcher Transport Carts | 166 | |
| 46 Urology Equipment | 46 | |
| 75 Morgan ELT-M Table | 75 | |
| 175 Ortho Arthroscopy Instrument | 175 | |
| 27 Horizon Airglide Rail/Kneeflex | 27 | |
| 111 Intubation/ Sinus Scope | 111 | |
| 125 Pain Mgmt Digital Subtraction Upgrade | 125 | |
| 1 Sabre 2400 led esu/cart/footswitch | 1 | |
| 195 Forceps Tray-Ortho | 195 | |
| 137 Arthroscopic Instrument Set | 137 | |
| 124 Shoulder Tray | 124 | |
| 241 BOSS INSTRUMENT SET | 241 | |
| 102 ACL Tray Drill Guide System, Gauge Endo | 102 | |
| 19 Air Tourniquet System, 14 Cuffs, Cart | 19 | |
| 127 Cannulated Screw Tray 3.5-4.0 | 127 | |
| 30 2-Renaissance Sterlizers, 3-Lightheads, Washe | 30 | |
| 177 Electrosurical Generator, Cart, Pump-Cautery | 177 | |
| 90 2 Dyonics High Speed Power Drills | 90 | |
| 156 Shoulder Instrument-Retro Drill Guide Set | 156 | |
| 142 Radio Frequency Generator | 142 | |
| 192 Ortho-Shaver Combo | 192 | |
| 87 2 Recovery Room Beds | 87 | |
| 24 Defibrillator, Lifepak 9p w/ Adaptor | 24 | |

**Orland Park Surgical Center**
**Asset Listing - NOT Specifically Identified**

| Assets NOT specifically identified in lien filings, outside of SB&T's blanket lien | Asset Tag # | Model # |
|---|---|---|
| Asset — Property Description | | |
| 131 Spine Generator, ET-20S | 131 | |
| 167 Sourcevision Software | 167 | |
| 158 Phone Equipment | 158 | |
| 122 Laryngoscopy Tray | 122 | |
| 105 2- Horizon Stretcher Recovery RM Beds | 105 | |
| 184 2-Dell Servers | 184 | |
| 193 Pump & Motor Base for Instrument Washer | 193 | |
| 10 Passport 2LT, NR MC | 10 | |
| 199 Shoulder Exposure Beach Chair | 199 | |
| 116 5-Monitor Printing Upgrades | 116 | |
| 194 2-Minray PM9000 Patient Pumps | 194 | |
| 129 Oscillating Saw | 129 | |
| 240 ELITE 300K LIGHTSOURCE | 240 | |
| 97 Beach Chair Positioner | 97 | |
| 51 Instruments | 51 | |
| 7 24" Digital Warm Cabinet | 7 | |
| 140 Wilson Frame | 140 | |
| 170 5- Additional User License | 170 | |
| 69 3-Pump Infusors | 69 | |
| 150 Chairs, Tables, 3-Seat Sofas, End Tables | 150 | |
| 155 Chairs, Tables, 3-Seat Sofas, End Tables | 155 | |
| 28 Storage/Delivery Equip | 28 | |
| 34 Server for Sis Software-Poweredge 2500 | 34 | |
| 236 Flashpaks | 236 | |
| 235 Medical Equipment | 235 | |
| 123 Vaccum Pump | 123 | |
| 172 2-Kickbucket/or Back Tables, Mayo Stand, Cart | 172 | |
| 157 Warming Cabinet-Full Size Single Door | 157 | |
| 239 STRYKER NSE | 239 | |
| 114 ECK Machine | 114 | |
| 59 Urology Equipment | 59 | |
| 40 Shelving and Cart Cover | 40 | |
| 32 Toshiba 2060 Copier & Oki 5650 Fax | 32 | |
| 181 4- Patient Recliner Lounge Chairs | 181 | |
| 45 S.A.M III Stirup System Pair | 45 | |
| 84 4-Punch Basket-Arthoscopy | 84 | |
| 134 Toshiba Studio 35 Copier | 134 | |
| 101 Graftmaster II System & Tendon Stripper ACL | 101 | |
| 11 10- Flow Meter Regulator | 11 | |
| 95 Suretac Intrumention | 95 | |
| 136 Ice Dispenser, Filter System | 136 | |
| 8 Arthroscopic Leg Holder | 8 | |
| 99 Light Source-300 Watt Headlight | 99 | |
| 23 3-TS404 RadioG Viewboxes & Rewiring | 23 | |
| 44 Medical Equipment | 44 | |
| 135 3- Position Recliners | 135 | |

**Orland Park Surgical Center**
**Asset Listing - NOT Specifically Identified**

| Assets NOT specifically Identified in lien filings, outside of SB&T's blanket lien | Asset Tag # | Model # |
|---|---|---|
| Asset   Property Description | | |
| 50 Pediatric Crib | 50 | |
| 138 SCD Compression System | 138 | |
| 76 Opthalmic Headres, Filters | 76 | |
| 12 Red Emerg Cart; 3- Cart Work Stations | 12 | |
| 18 3-FootStools; 3 Poles; 8 Hampers; Scale, Char | 18 | |
| 107 Laparscopic Instruments, Forceps | 107 | |
| 89 Leg Holder, Instr Makar | 89 | |
| 171 8-Flowmeter, Oxygen Regulator | 171 | |
| 82 Shoulder Holder | 82 | |
| 15 3-Tables/Foot Stand/ Basin | 15 | |
| 169 4- File Cabinets, 3- Hi-Back Chairs | 169 | |
| 88 5- Lead Aprons | 88 | |
| 92 Hip Positoner, Peg Board | 92 | |
| 104 Arthoplasty Tray | 104 | |
| 22 Cast Cutter, Vacuum & Stand | 22 | |
| 70 3-Anes Armboards, Body Straps | 70 | |
| 159 Prism Phone System | 159 | |
| 118 Suture Passer SP1001 | 118 | |
| 37 SQL Server 2000 Licenes | 37 | |
| 180 3- Dell Vostro Pc's | 180 | |
| 163 2-Dell 5110 cn Color Laser Printer | 163 | |
| 186 2-Fujitsu Fi 5120 Scanner | 186 | |
| 42 2-Recliners, Extra Wide Doeskin | 42 | |
| 237 ETA Cap | 237 | |
| 176 Stainless Steel Plaster Dispenser, Cast Cart | 176 | |
| 119 Surcan Leg Holder | 119 | |
| 35 Minor Medical Equipment | 35 | |
| 196 Hook Height IV Pole- EZ IV Irrigation Tower | 196 | |
| 72 Intellisystem Monitor and Printer | 72 | |
| 13 GP System 20/SN; Stand, Foot-Swtich | 13 | |
| 54 Dual Inc 2 Ring Applicator | 54 | |
| 47 Instruments | 47 | |
| 36 Radionics Burglary System | 36 | |
| 173 2-Usercode Keypad Lock Sets | 173 | |
| 64 6 Aprons | 64 | |
| 77 Portable Extremities Table | 77 | |
| 168 5- Additional User License | 168 | |
| 41 6-Armboard Pads & Legholder | 41 | |
| 39 3-Table Mayo SS Pedal | 39 | |
| 198 Surveillance System/Camera | 198 | |
| 43 Heat Sealer Lif-Seal | 43 | |
| 83 Leg Holder, Knee Arthoscopy | 83 | |
| 106 Ambient Air Scope Cabinet | 106 | |
| 120 Instrument Tray | 120 | |
| 48 Forcep, Bipolar, Kleppinger | 48 | |
| 161 Endo Flush | 161 | |

## Orland Park Surgical Center
## Asset Listing - NOT Specifically Identified

| Assets NOT specifically identified in lien filings, outside of SB&T's blanket lien | Asset Tag # | Model # |
|---|---|---|
| Asset Property Description | | |
| 79 Transfer Cart | 79 | |
| 53 Dyonics Power, Chuck | 53 | |
| 117 1-Monitor Printing Upgrade | 117 | |
| 78 Forceps Rigid Optical Biopsy, Endos | 78 | |
| 165 8-Write Drop Boxes for New RR Bays | 165 | |
| 80 Vasectomy Instrument, 7-Ring Clamps | 80 | |
| 187 9-Solar Mesh Shades | 187 | |
| 188 9-Solar Mesh Shades | 188 | |
| 58 Instruments | 58 | |
| 191 Actuator-For Heating Value | 191 | |
| 154 8-Mindray PM9000 Monitor Wall Mount | 154 | |
| 2 Overbed Tables | 2 | |
| 128 Instrument Tray | 128 | |
| 174 7- Acer X191WSD 19in Wide LCD Monitors | 174 | |
| 21 3-Tables 24x60 SG-95-SS | 21 | |
| 147 Light Bulb-Lamp Module, 300 XL Xenon | 147 | |
| 162 Royal 1820 Copier | 162 | |
| 130 4- Overbed Tables | 130 | |
| 151 Appliances | 151 | |
| 185 Sourcevision Software Initial Training | 185 | |
| 121 LexMark Laser Printer | 121 | |
| 103 Fixation Post Instruments | 103 | |
| 98 Ambient Air Scope Cabinet | 98 | |
| 113 Stryker Surgical Stool Chair | 113 | |
| 133 Ultra-Lite Specialty Table | 133 | |
| 108 Sinus Intruments, 2-Forceps, Probe | 108 | |
| 197 Motion Sensor Camera | 197 | |
| 145 Attest Autoreader-For Sterilizer | 145 | |
| 132 Fax Machine | 132 | |
| 38 Anes Equipment | 38 | |
| 62 3- Wire Cutters | 62 | |
| 178 2-Radiation. Xray Vests | 178 | |
| 164 Utility Table, 4- Folding Chairs | 164 | |
| 68 Sigmoidoscope 19mmx25cm | 68 | |
| 33 7-15" Proview Monitors, CDW Computer | 33 | |
| 146 2-View Boxes, 2-Chameleon Lamps | 146 | |
| 160 42" Flat Screen LCD HDTV-Waiting Room | 160 | |
| 100 Headlight, Spot, Binner, Cart | 100 | |
| 115 Microscope, Lens for Scop | 115 | |
| 141 Doppler Ultrasound | 141 | |
| 85 Wheelchair w/ Leg Rest | 85 | |
| 73 Universal Leg Holder | 73 | |
| 20 8 Nitrous Oxide Compressed | 20 | |
| 96 Intrafix Sheath Intrustment/ Trial | 96 | |
| 66 Install Circuit Wall Sign, Timer | 66 | |
| 190 Sourcevision Software- Training | 190 | |

**Orland Park Surgical Center**
**Asset Listing - NOT Specifically Identified**

| Asset | Assets NOT specifically identified in lien filings, outside of SB&T's blanket lien Property Description | Asset Tag # | Model # |
|---|---|---|---|
| 29 | 8-Shelfs | 29 | |
| 60 | Instruments | 60 | |
| 179 | 3-Hi Back Task Chairs | 179 | |
| 25 | Bell Style Payphone | 25 | |
| 57 | Urology Supplies | 57 | |
| 67 | Uterine Cannula | 67 | |
| 71 | Thermocouple Monitor Model 6510 | 71 | |
| 16 | 33-Nitrogen Gas Cylinders | 16 | |
| 94 | Cannulated Hex Driver | 94 | |
| 63 | Mobile Rack | 63 | |
| 49 | 2-Reusable Tourniquet Cuffs | 49 | |
| 55 | Digistime II Nerve Stimulator | 55 | |
| 26 | Refrigerator | 26 | |
| 56 | Finger Traction Apparatus | 56 | |
| 65 | Probe | 65 | |
| 200 | Probes and Speculums | 200 | |
| 14 | 3-Kick Bucket | 14 | |
| 17 | Wheelchair Adult Tracer | 17 | |
| 126 | Tax Adjust on Vacuum Pump | 126 | |
| 6 | Biological Indicator | 6 | |
| 1080 | GE OEC Miniview 6600 "little C" | 1080 | SN-86-0788 |
| 1314 | Arthrex Dualwave Pump #3 | 1314 | |
| 1317 | Pump cart | 1317 | |
| 1263 | Dyonics Power II Control System | 1263 | |
| No tag | Harloff PEDs Cart | No tag | 12713 |
| No tag | Harloff PEDs Cart | No tag | 12713 |
| No tag | Harloff PEDs Cart | No tag | 12713 |
| 1226 | Nuvo Volante 750 operating table | 1226 | |
| No tag | Ohio 5400 Volume Monitor | No tag | |
| No tag | Ohmeda 5100 Oxygen Monitor | No tag | |
| No tag | Ohmeda 7000 Ventilator System | No tag | 0229-1042-800 |
| 1023 | Datascope GasModule II | 1023 | |
| No tag | Steris Amsco 3085 SP table | No tag | B432403152 |
| 1272 | Dyonics Power II Control System | 1272 | |
| 1024 | Steris Flash Sterilizer #2 (3013 Prevoc Steam Sterilizer) | 1024 | 3013 |
| 1176 | Anesthesia Cart (no brand name) | 1176 | |
| 1022 | Datascope GasModule II | 1022 | |
| 1156 | Steris Amsco 3085 SP table | 1156 | B430605056 |
| 1224 | Dyonics 300XL Xenon Light Source | 1224 | |
| 1265 | Dyonics Power II Control System | 1265 | |
| 1316 | Arthrex Dualwave pump #1 | 1316 | |
| 1138 | Mitek VAPR 3 | 1138 | |
| 1269 | Monitor Cart #4 (Promedical Inc.) | 1269 | |
| 1064 | Steris Flash Sterilizer #1 (3013 Prevoc Steam Sterilizer) | 1064 | |
| 1167 | SterradNX Sterilizer | 1167 | |
| 1058 | Steris Single Compartment Warner | 1058 | |

**Orland Park Surgical Center**
**Asset Listing - NOT Specifically Identified**

| Assets NOT specifically identified in lien filings, outside of SB&T's blanket lien | Asset Tag # | Model # |
|---|---|---|
| Asset   Property Description | | |
| 1071 GE OEC 9800 Plus Mobile C-arm ("Big C") with Neurovas Monitory System | 1071 | 85-1229 |
| 1069 Morgan Medesign operating table | 1069 | ELTM, 22247 |
| 1012 Modulus II Anesthesia System | 1012 | |
| 1258 Ohmeda 7000 Ventilator System | 1258 | |
| 1170 Ohio 5100 Volume Monitor | 1170 | |
| 1116 Monitor Cart #5 (Promedical Inc.) | 1116 | |
| 1049 Zeiss OpMi-1 CM-5014 | 1049 | |
| 1253 FMS Duo - Fluid Management System | 1253 | |
| 1008 Steris Amsco 2080L surgical table | 1008 | |
| 1252 FMS Duo - Fluid Management System | 1252 | |
| 1256 DePuy Mitek Stand | 1256 | |
| 1084 Olmpus Imaging Cart | 1084 | TI-1900 |
| 1085 Olmpus Monitor OEV203 | 1085 | OEV203 |
| Generators (?) per doctors | | |

## DISCLAIMER:

The above information was compiled from the books and records of the company. The information was not audited or reviewed. Accordingly, HRP does not make any representations or warranties with respect to the accuracy, completeness or any other representation with respect to this information. It is not intended to be and may not be relied upon by any parties for any purpose, whatsoever. Any parties who receive a copy of this schedule do not become intended users of this schedule.

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

2012 APR 12 PM 1: 33

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporat... ...Company
801 ADLA... ST...
Springfield, IL...

166181-3

UCU104/12/12:02:6770:
SOSIL 1S:20  17:94712 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ORLAND PARK SURGICAL CENTER, L.L.C. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 9550 WEST 167TH STREET | ORLAND PARK | IL | 60467 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION IL | 1g. ORGANIZATIONAL ID #, if any 00427926 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STANDARD BANK & TRUST COMPANY | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7800 W. 95TH STREET | HICKORY HILLS | IL | 60457 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All personal and fixture property of every kind and nature including  without limitation all goods (including inventory, equipment and any  accessions thereto), instruments (including promissory notes), documents, accounts (including health-care-insurance receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter of credit is  evidenced by a writing), commercial tort claims, securities and all  other investment property, supporting obligations, any other contract  rights or rights to the payment of money, insurance claims and proceeds,
(See Attached Addendum)

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |
| IL-Secretary Of State | | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

UCU104/12/12:02:6770:
20.00 MU
SDSIL 15:20  17194712 FS

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME | ORLAND PARK SURGICAL CENTER, L.L.C. FIRST NAME | MIDDLE NAME,SUFFIX

10. MISCELLANEOUS: IL-Secretary Of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 11d SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR / 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g ORGANIZATIONAL ID #, if any | NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S   NAME - insert only one name (12a or 12b)

| | | | |
|---|---|---|---|
| 12a. ORGANIZATION'S NAME | | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing

14. Description of real estate

16. Additional collateral description:

and all general intangibles (including all payment intangibles); whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds).

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate
18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

Corporation Service Company
2711 Centerville Rd, Ste. 400
Wilmington, DE 19808

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December  3, 2015___    X _____
                                            Signature of individual signing on behalf of debtor

                                        **Steve Wardell**
                                        Printed name

                                        **Authorized Representative**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2014** to **12/31/2014** | ☐ Operating a business ■ Other  **Business Operations - 2014** | **$3,041,036.00** |
| **For year before that:** From  **1/01/2013** to **12/31/2013** | ☐ Operating a business ■ Other  **Business operations - 2013** | **$3,232,111.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

Case number *(if known)*

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ **None.**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |
| **Standard Bank & Trust Company**<br>**Attn A. Howaniec, VP Spec Assets**<br>**7800 W 95th St**<br>**Hickory Hills, IL 60457** | **All Collateral pursuant to the Secured Obligations Satisfaction Agreement** | | **Unknown** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Henderson v Advocate Health Centers, Orland Park Surgical Center, et al.**<br>**Case No. 2014-L-004373** | **Medical malpractice complaint** | **Circuit Court of Cook County, Law Div.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Comprehensive Services Associates Inc. dba Clinical Electronic Services v. Orland Park Surgical Center, LLC**<br>**Case No. 15M51762** | **Breach of Contract** | **Circuit Court of Cook County, Mun. Div.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Terry Arient, Independent Executor of the Estate of Kathy Arient, deceased v. Yasser Alhaj-Hussein, M.D., Illinois Anesthesia and Pain Associates, S.C., and Orland Park Surgical Center, LLC**<br>**Case No. 12 L 14249** | **Negligence; summary judgment granted in favor of OPSC, no appeal or motion to reconsider filed by plaintiff** | **Circuit Court of Cook County, Law Div.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Health Facilities and Services Review Board v. Orland Park Surgical Center LLC Docket No. HFSRB 15-06** | **Notice of Intent to Impose a Fine** | **IL Health Facilities and Review Board** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Perkins Coie LLP Attn Daniel A. Zazove 131 S. Dearborn Street, Ste 1700 Chicago, IL 60603** | **$15,000 advance payment** | **5/12/15** | **$15,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

Debtor    **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Barnes & Thornburg LLP Attn Daniel Lawler One N. Wacker Dr., Suite 4400 Chicago, IL 60606** | $15,000 advance payment | 6/2015 | $15,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **High Ridge Partners Attn Patrick Cavanaugh 140 S. Dearborn, Suite 420 Chicago, IL 60603** | $15,000 advance payment | 5/2015 | $15,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**

Case number *(if known)* _____

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Orland Park Surgical Center 9550 W. 167th Street Orland Park, IL 60467** | **Surgicenter** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Access Records** | How are records kept? *Check all that apply:* ■ Electronically ■ Paper |

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Medical Records**
Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**    Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Access Records** | **Access Attn Lynda Geith 6902 Patterson Pass Rd, Suite G Livermore, CA 94550** | **Medical Records** | ☐ No ■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Orland Park Surgical Center, L.L.C., an Illinois limited
liability company**    Case number *(if known)*

---

■_ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Erika Horstmann<br>Director of Operations<br>Pinnacle III<br>15042 Sunset Court<br>Homer Glen, IL 60491** | **until approximately<br>March 2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Access<br>Attn Lynda Geith<br>6902 Patterson Pass Rd, Suite G<br>Livermore, CA 94550** | **Offsite storage of medical and other records** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | **As of 12/31/14** | **$64,813 - Book Net Value of Office and Medical Equipment** |

| Name and address of the person who has possession of inventory records |
|---|
| **Parkview Orthopaedic Group<br>7600 College Dr.<br>Palos Heights, IL 60463** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Debtor | **Orland Park Surgical Center, L.L.C., an Illinois limited liability company** | | Case number *(if known)* | |
|---|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Semba, M.D. | c/o PMI Diagnostic Imaging, LLC 7600 W. | President and on Board of Managers | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Wardell MD | Parkview Musculoskeletal 7600 College D | Vice President and on Board of Managers | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Glaser, M.D. | c/o Pain Specialists of Greater Chicago | Secretary/Treasurer and on Board of Managers | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| PMI Diagnostic Imaging, LLC | 7600 W. College Dr. | Member | 50% owner, 114 of 128 units |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **Orland Park Surgical Center, L.L.C., an Illinois limited liability company**          Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  3, 2015**

_____          **Steve Wardell**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Authorized Representative**    _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes